UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re                                    )   Case No._____
                                         )
                                         )   **Notice of Intent to Sell Property**
                                         )   **at Private Sale, Compensate Real**
                                         )   **Estate Broker, and/or Pay any**
                                         )   **Secured Creditor's Fees and Costs**
                                         )
                                         )   [Note: Do not use to sell personally
Debtor(s)                                )   identifiable information about individuals.]

1. An offer has been received by the trustee from _____, whose relation to the debtor(s) is _____, to purchase the following estate property: (If real property, state street address here. Also attach legal description as an exhibit to the notice filed with the court.)

   for the sum of $_____ upon the following terms:

2. The gross sales price is: $_____.

   All liens on the property total $_____, of which the trustee believes a total of $_____ need not be paid as secured claims (because the lien is invalid, avoidable, etc., the lienholder consents to less than full payment, or part or all of the underlying debt is not allowable).

   Secured creditor(s) also seek(s) reimbursement of $_____ for fees and costs.

   Total sales costs will be: $_____.

   All tax consequences have been considered and it presently appears the sale will result in net proceeds to the estate after payment of valid liens, fees, costs and taxes of approximately: $_____.

3. [If real property] The court appointed real estate broker, _____, will be paid _____.

760 (12/1/2018)            Page 1 of 2

**NOTICE IS GIVEN** that the trustee will sell the property, reimburse for any secured creditor's fees and costs, and compensate any real estate broker upon the above terms and without further notice unless, within 23 days of the date below:

1. The trustee receives a bid exceeding the above offer by at least $_____, and upon the same or more favorable terms to the estate; or

2. An interested party:

    (a) files a written objection to the sale, the reimbursement of fees and costs or broker's compensation, setting forth the specific grounds for the objection, with the clerk at 1050 SW 6th Ave. #700, Portland OR 97204 or 405 E 8th Ave. #2600, Eugene OR 97401, and

    (b) serves the objection on the trustee,_____, at _____.

If no objection is filed, but the trustee receives any upset bids as specified above within 23 days of the date below, the trustee will notify all persons who have expressed an interest in purchasing the above property of the date, time and place of a meeting at which the trustee will conduct an auction and sell the property to the highest bidder without further notice.

For further information, contact: _____.

Date:_____ _____
                                                                                                                                  Trustee

Case 19-32896-tmb7    Doc 24    Filed 12/13/19

# EXHIBIT "A"
Legal Description

Lot 7, RIVERSIDE HOMES, in the County of Clackamas and State of Oregon. EXCEPTING THEREFROM the Ownership of the State of Oregon in and to that portion of the Lot lying below the line of ordinary high water of the Tualatin River.



12/09/2019                                      Account Number: XXXXXXXX

**This offer expires on:
01/23/2020**

WALTER H SMITH
21920 SW RIBERA LN
WEST LINN, OR 97068

### Account Information

**Account Number: xxxxxxxx**

**Property Address:**
21920 SW RIBERA LN
WEST LINN, OR 97068

We are here to help!

Account Relationship Manager:
Karen Crawley
HAT@mortgagefamily.com

Online: www.mortgagequestions.com

### APPROVAL OF SHORT SALE PAYOFF
PLEASE READ CAREFULLY

Dear WALTER H SMITH,

Congratulations! PHH Mortgage Services, ("Company"), acting on behalf of Deutsche Bank Trust Company Americas, as Trustee for Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates Series 2006-QS14 ("Investor"), has approved a short sale payoff on the above referenced account in the amount of $294,136.91 ("Payoff Amount") and, subject to the conditions set forth herein, a relocation assistance payment to the accountholder of $0.00 ("Assistance Payment"). Please read this letter so the next steps necessary to accept this offer are understood.
Below is important information about our decision regarding mortgage assistance with additional details on the following pages. However, **time is of the essence**, as this offer will expire on 01/23/2020. So please respond by that date.

**What needs to be done:**

1. To accept the approved Short Sale offer, the following should be done:
    a. The Discounted Payoff Settlement Agreement must be signed and returned to us by email or fax for faster processing or mail in the enclosed, prepaid envelope by 01/23/2020;
    b. The Short Sale Payoff Agreement must be accompanied by a copy of the final Settlement/Closing Disclosure Statement and the enclosed Affidavit of Arm's Length Transaction must be signed by all parties and
    c. The Payoff Amount of $294,136.91 must be wire transferred if it is decided to accept the offer;

**What needs to be understood:**

1. We have completed the review of the application for assistance and the financial information provided.
2. The account is approved for a Short Sale Payoff in the amount of $294,136.91. This **discounted payoff expires on** 01/23/2020 (the "Expiration Date"). The terms of this payoff option must be complied with on or before the Expiration Date. Otherwise, this payoff option offer will no longer be available.
3. The offer details are enclosed. Please read all materials carefully.

OCWN_SS_APRVL_LTR

This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally. As may be required by state law, you are hereby notified that a negative credit report reflecting on an accountholder's credit record may be submitted to a credit reporting agency if credit obligation terms are not fulfilled.



**Following are the additional documents enclosed:**

- Summary of the Short Sale Offer
- Instructions for Offer Acceptance
- Short Sale Payoff Agreement
- Legal Disclosures
- Additional Assistance Available
- Affidavit of Arm's Length Transaction

We are here to help! Karen Crawley has been assigned as the account Relationship Manager and will be the designated representative for resolution inquiries and submission of documents.

For any questions, the account Relationship Manager, Karen Crawley, can be reached toll-free at **800-750-2518, extension 85763**. We are available Monday through Friday 8:00 am to 8:00 pm ET. Information concerning this account can also be found online at www.mortgagequestions.com.

Our Customer Care Center is also available toll-free at **800-449-8767**, Monday through Friday 8:00 am to 9:00 pm, Saturday 8:00 am to 5:00 pm ET to answer any inquiries.

Sincerely,

*Loan Servicing*

Enclosures

OCWN_SS_APRVL_LTR

This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally. As may be required by state law, you are hereby notified that a negative credit report reflecting on an accountholder's credit record may be submitted to a credit reporting agency if credit obligation terms are not fulfilled.



# SUMMARY OF THE SHORT SALE OFFER

To accept the Short Sale payoff, the following conditions are set forth prior to 01/23/2020:

- The Approved Sales Price is $317,000.00.
- The Approved Buyer(s):
    - Steven Michael Marshall
    - Vicki Sitichai Marshall
- The Maximum Allowable Seller Credit to the buyer is $0.00.
- There are no payments allowable to any Junior Liens.
- The Maximum Allowable Real Estate Commission is $19,020.00

- Approval of the final SETTLEMENT / CLOSING DISCLOSURE is required prior to closing. A copy must be sent to us via email a minimum of 48 hours in advance of closing to: hatliqcloser@mortgagefamily.com

- After receipt of the entire Payoff Amount, any funds held in the escrow/suspense account and/or insurance claim proceeds relating to the account shall be 1) released by Customer(s) to PHH Mortgage Services, 2) considered the property of PHH Mortgage Services, and considered 3) applied toward PHH Mortgage Services' loss.

- **The following closing documents must be received by PHH Mortgage Services prior to the wiring of the payoff funds:**
    - A copy of the signed Discounted Payoff Agreement by the seller(s),
    - The final Settlement / Closing Disclosure Statement by all parties,
    - The Affidavit of Arm's Length Transaction must be signed by all parties.

**NOTE:** If the required closing documents are not received at the time PHH Mortgage Services receives the payoff funds, the funds will be returned to the title company.

*OCWN_SS_APRVL_LTR*

This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally. As may be required by state law, you are hereby notified that a negative credit report reflecting on an accountholder's credit record may be submitted to a credit reporting agency if credit obligation terms are not fulfilled.