Tara J. Schleicher, OSB #954021
E-Mail: Tara.Schleicher@foster.com
FOSTER GARVEY PC
Eleventh Floor
121 SW Morrison Street
Portland, Oregon 97204-3141
Telephone: (503) 228-3939
Facsimile: (503) 226-0259

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>ERIC L. SILVA,<br><br>    Debtor. | Case No. 19-34037-pcm12<br><br>OBJECTION TO DEBTOR'S MOTION FOR FINAL ORDER AUTHORIZING USE OF CASH COLLATERAL OF DEBTOR-IN-POSSESSION AND GRANTING ADEQUATE PROTECTION |

Boverman & Associates, LLC (the "Receiver:"), the receiver appointed by the Tillamook County Circuit Court in case number 19CV38941 for Eric Silva dba Sunset Canyon Jerseys (the "Debtor") hereby files this objection to the Debtor's motion for use of cash collateral because it violates 11 U.S.C. § 543(c).

The Receiver was appointed on September 18, 2019 and had possession as a custodian of the Debtor's property until October 31, 2019 when Debtor filed this chapter 12 bankruptcy proceeding. The Debtor was obviously well aware of the Receiver's appointment and its status as a creditor under 11 U.S.C. § 543, but chose not to serve the Receiver with any pleadings in this proceeding, including but not limited to his motion for use of cash collateral or the notice of final hearing. As a result, the motion has not been properly noticed under FRBP 7004 because the Receiver is an affected lienholder under ORS 37.370(1)(c), having been appointed at the behest of Key Bank, N.A.

Page 1 - OBJECTION TO DEBTOR'S MOTION FOR FINAL ORDER AUTHORIZING USE OF CASH COLLATERAL OF DEBTOR-IN-POSSESSION AND GRANTING ADEQUATE PROTECTION

FOSTER GARVEY PC
ELEVENTH FLOOR
121 SW MORRISON STREET, PORTLAND, OREGON 97204-3141
(503) 228-3939

FG:10644852.1

Case 19-34037-pcm12    Doc 41    Filed 11/25/19

The Receiver did not yet file a motion under 11 U.S.C. § 543(c), because it was informed by secured creditor, Key Bank N.A ("Key Bank") that Key Bank would pay the Receiver's and its professionals fees (since those fees have priority over Key Bank's liens). However, on November 25, 2019, the Receiver's counsel was informed that Key Bank will not be paying those fees and costs. Thus, the Receiver will file a motion under 11 U.S.C. § 543(c) for payment from the estate for the custodian fees and expenses. Until that motion is filed and a hearing is held, the Debtors' motion for use of cash collateral should be denied. At the commencement of this proceeding, the Receiver turned over property to the Debtor. The Receiver will be filing its accounting under 11 U.S.C. § 543(b) in short order.

DATED this 25th day of November, 2019.

FOSTER GARVEY PC

By */s/ Tara J. Schleicher*
Tara J. Schleicher, OSB #954021
Telephone: (503) 228-3939
Fax: (503) 226-0259
E-Mail: Tara.Schleicher@foster.com

Page 2 - OBJECTION TO DEBTOR'S MOTION FOR FINAL ORDER AUTHORIZING USE OF CASH COLLATERAL OF DEBTOR-IN-POSSESSION AND GRANTING ADEQUATE PROTECTION

FOSTER GARVEY PC
ELEVENTH FLOOR
121 SW MORRISON STREET, PORTLAND, OREGON 97204-3141
(503) 228-3939

FG:10644852.1    Case 19-34037-pcm12    Doc 41    Filed 11/25/19

**CERTIFICATE OF SERVICE**

I hereby certify that I served the foregoing OBJECTION TO DEBTOR'S MOTION FOR FINAL ORDER AUTHORIZING USE OF CASH COLLATERAL OF DEBTOR-IN-POSSESSION AND GRANTING ADEQUATE PROTECTION:

- **Virginia Andrews Burdette**  vab@andrewsburdette.com, ta@andrewsburdette.com;vbch12tr@seanet.com
- **CHRISTOPHER N COYLE**  chris@vbcattorneys.com, vbcattorney4@yahoo.com
- **MARJORIE A ELKEN**  mae@buckley-law.com
- **EMILY S.B. FULLERTON**  efullerton@schwabe.com
- **NICHOLAS J HENDERSON**  nhenderson@portlaw.com, tsexton@portlaw.com;mperry@portlaw.com;hendersonnr86571@notify.bestcase.com
- **ERICH M PAETSCH**  epaetsch@sglaw.com, ktate@sglaw.com
- **CRAIG G RUSSILLO**  crussillo@schwabe.com, docket@schwabe.com,bankruptcynotices@schwabe.com,gvance@schwabe.com
- **BRANDY SARGENT**  brandy.sargent@klgates.com, kelly.burin@klgates.com;Litigation.Docketing@klgates.com
- **TROY SEXTON**  tsexton@portlaw.com, nhenderson@portlaw.com,mperry@portlaw.com,troy-sexton-4772@ecf.pacerpro.com
- **GADI SHAHAK**  gshahak@logs.com
- **US Trustee, Portland**  USTPRegion18.PL.ECF@usdoj.gov

by the following indicated method or methods on the date set forth below:

☒ **CM/ECF system transmission.**

☐ **E-mail.**  As required by Local Rule 5.2, any interrogatories, requests for production, or requests for admission were e-mailed in Word or WordPerfect format, not in PDF, unless otherwise agreed to by the parties.

☐ **First-class mail, postage prepaid.**

DATED this 25th day of November, 2019.

*/s/ Tara J. Schleicher*
Tara J. Schleicher

Page 3 - OBJECTION TO DEBTOR'S MOTION FOR FINAL ORDER AUTHORIZING USE OF CASH COLLATERAL OF DEBTOR-IN-POSSESSION AND GRANTING ADEQUATE PROTECTION

FOSTER GARVEY PC
ELEVENTH FLOOR
121 SW MORRISON STREET, PORTLAND, OREGON 97204-3141
(503) 228-3939

FG:10644852.1

Case 19-34037-pcm12    Doc 41    Filed 11/25/19