Christopher N. Coyle, OSB #073501
VANDEN BOS & CHAPMAN, LLP
319 SW Washington St., Ste. 520
Portland, OR 97204
Telephone: 503-241-4869
Fax: 503-241-3731

Of Attorneys for Creditor

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| In re | Case No. 19-34037-pcm12 |
|---|---|
| Eric L. Silva, <br><br> Debtor-in-Possession | **PRECAUTIONARY** OBJECTION TO DEBTOR'S MOTION FOR FINAL ORDER AUTHORIZING USE OF CASH COLLATERAL OF DEBTOR-IN-POSSESSION AND GRANTING ADEQUATE PROTECTION |

**PRECAUTIONARY OBJECTION**

Creditor Paula Wolf ("Wolf") hereby makes this PRECAUTIONARY OBJECTION to Debtor-in-Possession Eric L. Silva's ("Debtor's") Motion for Final Order Authorizing Use of Cash Collateral of Debtor-in-Possession and Granting Adequate Protection (Docket #37); Creditor and Debtor, through counsel, are discussing the objections informally raised by Wolf and counsel for Debtor has advised that a subsequent motion 'down-grading' the cash collateral request to be heard on December 3, 2019 to one for emergency and interim relief will be filed prior to the Thanksgiving holiday. In reliance on the same, Wolf submits only this precautionary objection and notes that, just as with the Receiver (*see* Objection, Docket #41), the Debtor is also well aware of Wolf's status as a secured creditor, and Wolf should also receive Rule 7004 service of motion for use of Wolf's cash collateral. Based on counsel

Page 1 of 2   PRECAUTIONARY OBJECTION TO DEBTOR'S MOTION FOR FINAL
ORDER AUTHORIZING USE OF CASH COLLATERAL OF DEBTOR-IN-
POSSESSION AND GRANTING ADEQUATE PROTECTION

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

Case 19-34037-pcm12    Doc 42    Filed 11/26/19

for Debtor's representation that another cash collateral motion will be filed and served on all lienholders, Wolf reserves her rights to object to any non-emergency use of cash collateral.

DATED: November 26, 2019  VANDEN BOS & CHAPMAN, LLP


By:/s/Christopher N. Coyle
    Christopher N. Coyle, OSB #073501
    Of Attorneys for Creditor

Page 2 of 2     PRECAUTIONARY OBJECTION TO DEBTOR'S MOTION FOR FINAL ORDER AUTHORIZING USE OF CASH COLLATERAL OF DEBTOR-IN-POSSESSION AND GRANTING ADEQUATE PROTECTION
Case 19-34037-pcm12   Doc 42   Filed 11/26/19

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

In re Eric L. Silva
Chapter 12 Case No. 19-34037-pcm12

CERTIFICATE - TRUE COPY

    I hereby certify that I prepared the foregoing copy of the foregoing named document and have carefully compared the same with the original thereof and it is a correct copy therefrom and of the whole thereof.

CERTIFICATE OF SERVICE

    I hereby certify that the foregoing was served on all CM/ECF participants through the Court's Case Management/Electronic Case File system on the date set forth below.

Dated: November 26, 2019    VANDEN BOS & CHAPMAN, LLP


        By:/s/Christopher N. Coyle
           Christopher N. Coyle, OSB #073501
           Of Attorneys for Debtor

Page 1 of 1    CERTIFICATE OF SERVICE

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

Case 19-34037-pcm12    Doc 42    Filed 11/26/19