| | | |
|---|---|---|
| | **UNITED STATES BANKRUPTCY COURT**<br>**District of Oregon** | U.S. BANKRUPTCY COURT<br>DISTRICT OF OREGON<br>**F I L E D** |
| In re<br>**Eric L Silva**<br>Debtor(s) | )<br>) Case No. **19–34037–pcm12**<br>)<br>) **Notice of Chapter 12**<br>) **Confirmation Hearing**<br>) | January 23, 2020<br>Clerk, U.S. Bankruptcy Court<br>BY **bls** DEPUTY |

**NOTICE IS GIVEN THAT:**

1. The debtor filed a plan (or modified plan) dated **1/23/20**. The debtor's address is 26755 Blankenship Rd., Beaver, OR 97108, and Taxpayer ID# (last 4 digits) is xxx–xx–9796.

2. Objections to the proposed plan must be made in writing, setting forth the specific grounds for the objection. The original must be filed at least 5 business days before the hearing scheduled in paragraph 3 below with the clerk at 1050 SW 6th Ave. #700, Portland, OR 97204; Any objection must be served on the debtor(s) and any debtor's attorney. Creditors who have filed a timely written objection may also appear at the confirmation hearing to voice objections.

3. A hearing on confirmation of the plan will be held on: **3/6/20** at: **11:00 AM**
   in: **US Bankruptcy Court, Courtroom #1, 1050 SW 6th Ave., 7th Floor, Portland, OR 97204**. Testimony will be received if offered and admissible.

**Note:** Due to tight statutory time requirements, the hearing scheduled above will not normally be reset. Settlements should be completed before the time set for hearings.

Clerk, U.S. Bankruptcy Court

**CERTIFICATE OF SERVICE**

**I CERTIFY** that on _____ this notice and the plan were served on the debtor(s), trustee, and their respective attorneys; U.S. Trustee; and all creditors.

_____
Signature of Attorney or Debtor          Telephone

_____
Name and Relation to Case

_____
Service Address