# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF OREGON

In re

Case No. _____
Amended

Debtor(s)

**NOTICE OF CLAIM OBJECTION**

**Notice to Claimant.** An objection by _____
to your claim in this bankruptcy case has been filed and is enclosed with this notice.

<u>**Your claim may be reduced, modified, or eliminated**</u>. **You should read these papers carefully and discuss them with your attorney, if you have one.**

If you do not want the court to eliminate or change your claim, then within 30 days from the service date below, you or your attorney must do one of the following:

1. Obtain a written withdrawal of the claim objection by the objector. In order to obtain a withdrawal, you may need to provide the objector with any documentation supporting your claim that was not included when you filed your claim with the court. You should send this documentation to the objector at the service address listed at the bottom of the claim objection. The written withdrawal of the objection must be filed with the court within 30 days of the service date below.

2. Prepare a written response to the objection, explaining your position, and file both the written response and a certificate showing a copy of the response has been served on the objector at the service address listed at the bottom of the claim objection with the clerk at 1050 SW 6th Ave #700, Portland, OR 97204 or 405 E 8th Ave #2600, Eugene, OR 97401.  If you mail your response to the court for filing, you must mail it early enough so that the court will **receive** it within 30 days of the service date below.

If you or your attorney do not take one of these steps within 30 days of the service date below, the court may decide that you do not oppose the objection to your claim and reduce, modify, or eliminate your claim without further notice or a hearing.

I certify that on _____ (service date) this notice and the objection were served pursuant to Federal Rule of Bankruptcy Procedure (FRBP) 3007(a)(2) on the claimant, debtor or debtor in possession, trustee, and, if applicable, the entity filing the proof of claim under FRBP 3005, and that the names, addresses, and methods used for service are as follows (*attach additional page if necessary*):

_____       _____
Printed Name                                                    Signature

**763.1 (12/01/2019)**

In re

Case No. _____
Amended

Debtor(s)

**CLAIM OBJECTION**

1. The undersigned objects to proof of claim no. _____ (claim) in the amount of $_____ filed on behalf of _____ _____ (creditor).

2. The undersigned objects to the claim for the following reasons (*check all applicable reasons*):

    Claim duplicates proof of claim no. _____ filed on behalf of _____ _____.

    Claim fails to assert grounds for priority, or grounds asserted are not valid as described below in "Other."

    Claim was not filed on behalf of the real party in interest.

    Claim appears to include interest or charges accrued after the petition date.

    Value of collateral exceeds debt.

    Claim arrearage asserted is incorrect.

    Claim is a secured claim, but creditor neither (a) specified that any portion of claim should be treated as unsecured nor (b) requested a hearing to determine value of collateral.

    Claim includes taxes assessed against real or personal property, but the interest of the estate in the property against which taxes were assessed has no value because estate has no equity or interest in the property.

    Claim does not include documentation required by Federal Rule of Bankruptcy Procedure 3001(c) and (d) (for example, a copy of the note or documents establishing secured status or an assignment of the claim to creditor), and another reason for disallowance is stated in this objection.

Claim does not require future distribution because (state reason, for example, creditor obtained relief from stay or has been paid in full from another source):

_____

_____.

Other:

3.  The undersigned moves that the claim be (*check applicable boxes*):

Disallowed in full.

Disallowed for any distribution.

Disallowed for future distribution greater than the amount already paid ($_____).

Allowed as (*fill in each blank even if amount is $0*):

    a secured claim for $ _____,

    a priority unsecured claim for $ _____, and

    a nonpriority unsecured claim for $ _____.

Allowed with an arrearage of $ _____ (if amount of arrearage is contested).

Date: _____

Signature: _____

Name: _____

Relation to Case: _____

Service Address: _____

_____

Phone #: _____

Email Address: _____

Last 4 digits of Taxpayer ID# (if objector is debtor):_____

Nicholas J. Henderson, OSB#074027
nhenderson@portlaw.com
Motschenbacher & Blattner, LLP
117 SW Taylor St., Suite 300
Portland, OR 97204
Telephone: (503) 417-0508
Facsimile: (503) 417-0528

*Of Attorneys for Debtor Eric L. Silva*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF OREGON

|  |  |
|---|---|
| In re<br><br>  ERIC L. SILVA<br><br>                    Debtor. | Case No.   19-34037-pcm12<br><br>OBJECTION TO CLAIM 29-1 OF<br>BOVERMAN & ASSOCIATES, LLC |

Debtor Eric L. Silva ("***Debtor***") hereby objects to Claim 29-1 (the "***Claim***") filed by

Boverman & Associates, LLC ("***Boverman***" or "***Receiver***").  Debtor asserts that the Claim seeks

payment for unreasonable and excessive fees and costs, and requests that the Court only allow

the Claim to the extent Receiver can meet his burden to prove that the fees and costs are

reasonable and necessary.

### INTRODUCTION

Prior to the commencement of this bankruptcy case, Boverman was appointed as receiver

for the Debtor's assets, consisting primarily of a dairy farm located in Beaver, Oregon.

Boverman was superseded upon the commencement of this bankruptcy case on October 31,

2019.  Boverman has filed Proof of Claim No. 29-1, seeking compensation for fees and

PAGE 1 – OBJECTION TO PROOF OF CLAIM NO. 29-1
{00333587:2}

reimbursement for expenses and charges incurred prior to and after the filing of the bankruptcy petition.

Debtor does not dispute that Boverman is an experienced and capable professional, and that a majority of the compensation sought by Boverman is appropriate. However, Debtor objects to many of the fee and cost entries described in Boverman's claim, on the basis that such fees are unreasonable and excessive, and certain fees and costs did not benefit the estate. Additionally, Debtor objects to Boverman's post-petition attorney fees, to the extent those fees were not in furtherance of the superseded receiver's duties under § 543(a) and (b).

## BACKGROUND

1.      Debtor does not dispute the basic procedural background regarding the commencement of the state court action in Tillamook County Circuit Court. Specifically, Debtor agrees with the factual statements made in Paragraphs 3.1 through 3.4 of the Declaration of Craig G. Russillo, filed herein at ECF No. 94.

2.      After the appointment of the Receiver, Debtor was initially hesitant to file bankruptcy, as it had been suggested to him that the Receiver would maximize the value of the Debtor's assets, and would be in the best position to sell the Debtor's assets, including the dairy farm, and repay the Debtor's outstanding debts.

3.      Debtor continued to monitor the Receiver's activities, but was denied access to the dairy farm, and was regularly denied information requested from the Receiver.

4.      Debtor was informed that various problems were occurring at the dairy farm, such as large quantities of milk being dumped due to improper handling and presence of antibiotics, which Debtor believes was due to incompetence in running the dairy farm.

PAGE 2 – OBJECTION TO PROOF OF CLAIM NO. 29-1
{00333587:2}

5.      Debtor and counsel met with Boverman and counsel on October 22, 2019.  At that

meeting, Mr. Boverman informed Debtor that the Receiver had not yet conducted a definitive

inventory of the animals at the dairy.  Boverman was unable to answer specific questions about

critical segments of operations at the Dairy.  Specifically, Boverman could not answer questions

about the exact number of cows on the farm, and who was breeding the cows on days when Nathan

Jensen (who had been employed by the Receiver) was away from the Dairy.

6.      Concerned about the welfare of the farm and the animals, Debtor filed a Chapter 12

bankruptcy petition on October 31, 2019, and regained possession of the farm the next morning.

Upon returning to the farm, Debtor found that cows had not been regularly bred—a critical

component of running a dairy farm.  Silva also found that feed stores were critically low, and that

the health of the animals at the farm had deteriorated significantly.

7.      Since regaining possession of the farm, Debtor has been able to restore the health of

the animals, and increase milk production and revenue.  Debtor's revenues have consistently

exceeded expectations since the petition date.

## ARGUMENT

**1. Receiver Is Not Entitled to Its Professional Fees Because It Did Not Comply with Oregon Law.**

As the Receiver has pointed out:

> "The substance of a creditor's claim are determined by state law. *Travelers Cas. & Sur. Co. of America v. Pacific Gas and Electric Co.*, 549 U.S. 443-451 (2007) (state law governs the substance of claims in bankruptcy). Thus, to evaluate the aspects associated with the Receiver's claim, one needs to look to Oregon law."

See ECF No. 83 ("***Receiver's Motion***"), at pp. 10-11.  Said another way, in the process of

allowing or disallowing a claim in bankruptcy, "the validity and legality of claims are

determined by applicable nonbankruptcy law."  *In re S. California Plastics, Inc.*, 165 F.3d 1243,

1247 (9th Cir. 1999); *citing Christison v. Norm Ross Co. (In re Eastview Estates II )*, 713 F.2d

443, 447 (9th Cir.1983). A claim cannot be allowed if it is unenforceable under nonbankruptcy

law, and "[t]he Trustee therefore may raise state law defenses to the claim." . *Id.*; citing 11

U.S.C. § 502(b)(1). While Receiver has repeatedly argued that its rights are determined by state

law, Receiver failed to mention that it did not comply with state law when hiring consultants and

attorneys in the state receivership case.

Oregon law requires that, prior to employing attorneys and other professionals, a receiver

give notice of the receiver's intent to employ, and that such notice must disclose: (a) The identity

and qualifications of the professional; (b) The scope and nature of the proposed engagement; (c)

Any potential conflict of interest; and  (d) the proposed compensation.  ORS 37.310 (1)-(2).  In

addition to specifying the content of such a notice, ORS 37.170 specifies other procedural

requirements of providing proper notice.  Receiver failed to comply with both of these statutory

provisions.  As a result, Receiver was not authorized to employ the professionals Mike

Anderson, Tara Graciano, and Foster Garvey.  Such professionals' fees total $101,866.75, all of

which should be disallowed.

Receiver has acknowledged its failure to comply with the Oregon Receivership Code,

and has sought and obtained relief from the automatic stay to enable Receiver to tardily file the

required notices in state court.  As of the date of this objection, Receiver has not filed such

notices.  However, when such notices are filed, Debtor intends to oppose Receiver's *nunc pro

tunc* notices in state court.  The Court should disallow all of Receiver's professional fees, in the

same way that a professional's compensation would be disallowed in a bankruptcy case if a

trustee or debtor in possession hired professionals without proper authority.  In the alternative,

the Court should reserve ruling on allowance of Receiver's professional fees until the state court

{00333587:2}

determines whether Receiver's non-compliance with the statute bars recovery of Receiver's professional fees under state law.

**2. Receiver's Claim Seeks Payment for Unreasonable and Excessive Fees and Costs, and Should be Reduced.**

Even if Receiver is not completely barred from recovering professional fees for its non-compliance with the Oregon Receivership Code, Receiver's Claim should nevertheless be reduced to the extent it seeks payment for fees and costs that were not reasonable or necessary.

**a. Legal Standard**

Upon the commencement of a bankruptcy case, a pre-petition custodian is required to turn over all assets of the estate to the trustee or the Debtor. 11 U.S.C. § 543(b). If that requirement is timely satisfied, the superseded custodian is entitled to compensation:

> There is no doubt that if the custodian complies with turnover as soon as is practical after the filing of the bankruptcy case, § 543(c)(2) allows pre-and-post-petition fees and costs to be awarded and paid by the estate. At that point, the receiver is compensated for his services and those of his appointees and although § 543(c)(2) sounds as though they will be paid immediately, it is more likely that they will be part of a later distribution of administrative expenses holding the priority given them under § 503(b)(3)(E) and § 503(b)(4).

*In re Internet Specialties W., Inc.*, No. 1:12-BK-20897-GM, 2013 WL 4408456, at *4 (Bankr. C.D. Cal. July 17, 2013) (emphasis added).

Section 543(c)(2) deals with certain of the receiver's post-petition services, and "is limited to the 'winding up' duties imposed under sections 543(a) and (b)." *In re Posadas Assocs.*, 127 B.R. 278, 281–82 (Bankr. D.N.M. 1991); *see also, In re Bodenheimer, Jones, Szwak, & Winchell L.L.P.*, 592 F.3d 664, 674 (5th Cir. 2009)("the language of § 543 clearly circumscribes the actions of superseded custodians to those which are necessary to preserve the assets of the estate once a bankruptcy petition has been filed"). While § 543(c) indicates that a custodian's "reasonable" fees and costs will be awarded, the specific treatment of those fees and

PAGE 5 – OBJECTION TO PROOF OF CLAIM NO. 29-1

costs is governed by § 503(b)(3)(E) and § 503(b)(4).

Under § 503(b), there shall be an allowed administrative expense for "the *actual, necessary* expenses" incurred by a court-appointed custodian superseded under § 543, and compensation for the services of such custodian. 11 U.S.C. § 503(b)(3)(E) (emphasis added); s*ee In re Sevitski*, 161 B.R. 847, 856 (Bankr.N.D.Okla.1993) (denying custodian's request for administrative expense priority for his fees and expenses because they were unreasonable and excessive). The determination of what is "reasonable" is a question of federal law and is to be determined by the standards established by bankruptcy law, not state law. *In re 400 Madison Ave. Ltd. P'ship*, 213 B.R. 888, 897 (Bankr.S.D.N.Y.1997); *citing Gross v. Irving Trust*, 289 U.S. 342, 345, 53 S.Ct. 605, 77 L.Ed. 1243 (1933). "The inquiry is little different from that concerning other professional fees and expenses under 11 U.S.C. § 330(a)(1), § 503(b)(2). Therefore, the same standards governing other professional fees and expenses should govern receiver's fees and expenses too—unless good reason appears to apply different standards." *In re Sevitski*, 161 B.R. at 854.

The burden is on the receiver to establish that the fees and expenses he seeks were actually incurred, were necessary, and were of benefit to the estate. *In re S.T.N. Enterprises, Inc.*, 70 B.R. 823, 831–32 (Bankr.D.Vt.1987); *R & G Properties, Inc.*, No. 08-10876, 2009 WL 1396285, at *2–3 (Bankr. D. Vt. Apr. 30, 2009). The superseded custodian is not entitled to administrative priority "where the custodian incurs costs not for complying with the turnover provisions of the Code but for resisting turnover[.]" *Internet Specialties*, WL 4408456, at *5; *citing In re Posadas Associates*, 127 B.R. 278, 282 (D.N.M.1991).

/ / / / /

PAGE 6 – OBJECTION TO PROOF OF CLAIM NO. 29-1
{00333587:2}

### b. Receiver's Unreasonable Fees and Costs.

Many of the fees and costs requested by Receiver appear to be reasonable and are not disputed by Debtor. In fact, Debtor has no objection to the fees incurred by Nathan Jensen, or to a majority of the fees incurred by Daniel Boverman himself. However, a large quantity of fees and costs, especially those related to Michael Anderson, are excessive and unreasonable. The specific fees and costs disputed by Debtor are described below, separately discussed for each of the different service providers listed in Receiver's claim.

### i. Boverman & Associates, LLC's Unreasonable Fees.

The first category described on Receiver's claim is the fees and expenses incurred by Boverman & Associates, LLC directly. The vast majority of those fees and expenses are not disputed by Debtor, nor does Debtor dispute the hourly rate sought for work performed by Boverman & Associates, LLC. The limited items Debtor disputes are highlighted on the attached **Exhibit A**.

The fees highlighted on Exhibit A are disputed because they lack sufficient information, or because they seek payment for travel time at Mr. Boverman's full hourly rate, contrary to LBR 2016-1(b)(2). Additionally, Debtor objects to post-petition fee entries for time spent on matters other than fulfilling Receiver's duties under § 543(a) and (b). For example, Mr. Boverman, Mr. Anderson and Receiver's counsel all appear to have spent time on preparing a motion to excuse compliance with the Receiver's duty to turnover property of the estate—a motion that was never filed. Receiver should not be compensated for time spent on an unfiled motion to oppose the Debtor's right to possession of estate property.

Debtor disputes a total of 25.05 hours of Mr. Boverman's time entries on Exhibit A. At Mr. Boverman's billed rate of $325 per hour, Receiver's claim would be reduced by $8,141.25 if

the disputed entries were disallowed in their entirety, or $4,070.63 if the disputed entries were discounted by 50%.

### ii. Tara Graciano's Travel Time.

Debtor's only objection to Ms. Graciano's fees are to the travel time on September 19, 2019. Ms. Graciano billed a total of 4.01 hours for travel time. This should be billed at 50% of Ms. Graciano's rate, pursuant to LBR 2016-1(b)(2). At Ms. Graciano's billed rate of $135.00 per hour, a reduction of $270.00 is requested.

### iii. Michael Anderson's Unreasonable and Excessive Fees.

Unlike the fees for the other service providers, which have relatively few disputed entries, the fees sought for Mr. Michael Anderson are wildly excessive. Mr. Anderson's minimum billing increments are 0.25 hours, which is unreasonable and does not comply with LBR 2016-1(b)(1). Mr. Anderson billed his full rate for numerous trips to and from the dairy, which does not comply with LBR 2016-1(b)(2). There are several duplicative items, and several items fail to contain an adequate description. Additionally, like Mr. Boverman and his counsel, Mr. Anderson spent time on an unfiled motion to oppose Receiver's duty to turnover estate property to the Debtor. None of that time should be compensated. Finally, for certain services performed, Mr. Anderson's proposed rate of $245.00 per hour is unreasonable. Debtor disputes all of the entries highlighted on the attached **Exhibit B**.

Debtor disputes a total of 109.50 hours of Mr. Anderson's time entries on Exhibit B. At Mr. Anderson's billed rate of $245 per hour, Receiver's claim would be reduced by $26,827.50 if the disputed entries were disallowed in their entirety, or $13,413.75 if the disputed entries were discounted by 50%.

/ / / / /

PAGE 8 – OBJECTION TO PROOF OF CLAIM NO. 29-1

**3. Receiver's Claim for Attorney Fees Should be Reduced.**

In the event that Receiver is not completely barred from recovering attorney fees for failing to comply with the Oregon Receivership Code, Receiver's claim for attorney fees should be reduced to disallow post-petition fees that were not related to assisting the Receiver complete its duties under § 543(a) and (b).

**a. Legal Standard for Receiver's Attorney Fees.**

§ 503(b)(4) provides that a superseded custodian may seek allowance of an administrative claim for *reasonable* attorney fees, and for actual, necessary expenses incurred by such attorney. 11 U.S.C. § 503(b)(4). "There is no question that the Receiver's counsel is entitled to fees under § 503(b)(4) for services directly related to the process of turning over property of the estate in the Receiver's control and providing the required accounting." *In re 29 Brooklyn Ave., LLC*, 548 B.R. 642, 646 (Bankr. E.D.N.Y. 2016). Further, "the Bankruptcy Code contemplates that additional legal services will be incurred in preparing the custodian's application for payment...." *Id.* (internal citations omitted).

Regarding fees incurred in defending a claim, Receiver cites *In re 29 Brooklyn Ave*, 548 B.R. 642, 648 (Bankr. E.D.N.Y. 2016), for the proposition that all fees in defending a superseded receiver's claim are *per se* awardable. *See* ECF No. 104, at p. 7. However, in making this argument, Receiver oversimplifies the holding of the case.

In *29 Brooklyn Ave*., the bankruptcy court awarded a superseded receiver attorney fees related to defense of the receiver's claim. But, in doing so, the court did not hold that all fees incurred in defending a claim are compensable. Instead, the court distinguished its case from the issue presented in the U.S. Supreme Court's decision in *Baker Botts L.L.P. v. ASARCO LLC*, 135 S. Ct. 2158, 2161, 192 L. Ed. 2d 208 (2015), and adopted the Ninth Circuit's framework for

evaluating fee requests under § 503(b)(4).  *In re 29 Brooklyn Ave., LLC*, 548 B.R. at 648.

The Ninth Circuit's framework in *In re Wind N' Wave*, 509 F.3d 938 (9th Cir. 2007), is that fees incurred in defending an application for compensation are allowable if the services otherwise meet the requirements of § 330(a), and the case "exemplifies a set of circumstances where litigation was necessary." *Id.* at 943 (*quoting In re Smith*, 317 F.3d 918, 928 (9th Cir.2002)) (internal quotations omitted).  Under *Wind N' Wave* and *Smith*, the set of circumstances indicating that such services are "necessary" include: (1) that the prosecution or defense of the fee application was successful; (2) that the objections to the fee application were meritless; (3) that the litigation is not pursued simply to increase legal fees; and (4) that the expenses incurred are unavoidable. *Id.* at 946.

Using the *Wind N' Wave* framework, the court in *29 Brooklyn Ave.* found that the litigation was "necessary" because the receiver substantially prevailed in its fee application, and because the "Debtor's broad-based effort to disallow the Receiver's proof of claim in its entirety based on allegations of mismanagement was "misplaced" and "misunderst[ood] the legal standard." *In re 29 Brooklyn Ave., LLC*, 548 B.R. at 649.  The court also found that the debtor was the cause of the excessive litigation, and that the process was the only method by which the receiver could receive his due compensation.  *Id.*  Thus, there is no *per se* rule that a receiver is entitled to recover all attorney fees incurred in defending its claim, and there's certainly no authority that such a rule that is binding in the Ninth Circuit.

### b.  Receiver Should Not Be Awarded Fees Incurred to Resist Turnover of Estate Property, to Dispute Priority of Its Claim, or to Defend Its Claim

Debtor does not object to any pre-petition fee entry, nor does Debtor object to counsel's hourly rates.  Debtor's objection is only to those post-petition fee entries highlighted on the attached **Exhibit C**, as those fees were not in furtherance of Receiver's turnover and accounting

PAGE 10 – OBJECTION TO PROOF OF CLAIM NO. 29-1

duties set forth in § 543(a) and (b).  As discussed above, Receiver's counsel incurred fees to

prepare and review a motion to excuse compliance with § 543(a) and (b), but such motion was

never actually filed.  Receiver should not be able to recover from the estate for such fees.  If the

foregoing objection is sustained, it would result in a reduction of 12.8 hours of billed time, or

approximately $5,120.00.

Additionally, for any post-petition fees not currently listed on Receiver's Claim

("***Additional Fees***"), Receiver should not recovery any of those fees.  First, with respect to

Receiver's priority dispute with KeyBank, Receiver was not the prevailing party on that issue.

Second, those fees cannot be considered related to the defense of Receiver's claim, as was the

case in *29 Brooklyn Ave*.  Instead, Receiver aggressively sought to prime KeyBank's security

interest using a tortured argument that the state receivership statute somehow superseded the

Bankruptcy Code's priority scheme.  It was Receiver's aggressive approach that caused it to

incur Additional Fees, not any action of the Debtor, which completely distinguishes the case

from the *29 Brooklyn Ave*. and *Wind n' Wave* cases.

## CONCLUSION

Wherefore, Debtor respectfully requests that Receiver's claim be allowed at reduced

amounts after Receiver meets his burden of proof that fees and costs sought are reasonable under

federal law, and after a state court determination on whether Receiver's failure to comply with

state law bars recovery of Receiver's professional fees.

Dated March 9, 2020                     MOTSCHENBACHER & BLATTNER LLP

                                        /s/ Nicholas J. Henderson
                                        Nicholas J. Henderson, OSB #074027
                                        nhenderson@portlaw.com
                                        Telephone: 503-417-0508

**EXHIBIT A**
**DISPUTED TIME ENTRIES FOR DANIEL J. BOVERMAN**

PAGE 1 – EXHIBIT A
{00333587:2}

**Daniel J. Boverman**

| Date | Hours | Notes on Activities - Not Comprehensive |
|------|-------|------------------------------------------|
| Friday, September 6, 2019 | 0.60 | Calls with Tara Schleicher re: Boverman declaration, lender declaration, other and related matter;  review and edit draft Boverman declaration; approve final; review lender declaration. |
| Tuesday, September 10, 2019 | 0.30 | Review documents filed. |
| Tuesday, September 10, 2019 | 0.50 | Call with Mike Anderson re: situation and his assistance |
| Tuesday, September 10, 2019 | 0.20 | Call with Lenny Davis |
| Tuesday, September 10, 2019 | 0.10 | Call to Tara Schleicher |
| Wednesday, September 11, 2019 | 0.20 | Send agreement and background information to Mike Anderson |
| Thursday, September 12, 2019 | 0.20 | Call with Therese Nelson |
| Thursday, September 12, 2019 | 0.25 | Call with Tara Schleicher re: upcoming hearing and related matters |
| Friday, September 13, 2019 | 0.60 | Call with Mike Anderson |
| Friday, September 13, 2019 | 0.20 | Call with Tara Graciano |
| Monday, September 16, 2019 | 0.40 | Pull property tax information from county website and review |
| Monday, September 16, 2019 | 0.20 | Call with Rick Wolf re: company, situation and potential involvement |
| Tuesday, September 17, 2019 | 0.80 | Call with KeyBank and counsel re: hearing and related matters |
| Tuesday, September 17, 2019 | 0.80 | Call with Mike Anderson re: dairy / hearing etc. |
| Tuesday, September 17, 2019 | 0.40 | Contact tenants by email re: Rialto inspections / permission to access. |
| Tuesday, September 17, 2019 | 0.20 | Call with Tara Schleicher re: PSA amendment |
| Tuesday, September 17, 2019 | 1.30 | Drive to Tillamook |
| Tuesday, September 17, 2019 | 0.30 | Review creditor list and email Tara Graciano re: accounting in general and putting in Excel |
| Wednesday, September 18, 2019 | 0.30 | Review Excel creditor lost |
| Wednesday, September 18, 2019 | 1.50 | Prior discussions and attendance at hearing |
| Wednesday, September 18, 2019 | 7.00 | Meetings and visits to facilities with Brent Thompson of Key Bank and Mike Anderson; follow on discussions; |
| Wednesday, September 18, 2019 | 1.20 | Call with Karen Casale regarding receivership order, documents, information, operations, vendors and other matters |
| Thursday, September 19, 2019 | 6.50 | Meetings and discussions onsite with regarding operations and other matters. |
| Thursday, September 19, 2019 | 0.40 | Consider and respond to email from Paula Wolf re: payments; email Tara Schleicher on same |
| Friday, September 20, 2019 | 4.60 | Visit the dairy for meetings with Valery Silva, Nathan Jensen, Mike Anderson re: herd, nutrition, values and other matters.  Herd count and inspection.  Call with potential buyer.  Calls with Tara Schleicher re: case matters. |
| Friday, September 20, 2019 | 2.40 | Meeting with Kate Lott and Brian Gibson of Tillamook regarding situation, plan, walk farm / inspect herd.  Follow on discussions with Mike Anderson. |
| Friday, September 20, 2019 | 1.10 | Call with Paula Wolf |
| Friday, September 20, 2019 | 0.30 | Call with Mike Anderson re: operations / tasks and other matters |
| Saturday, September 21, 2019 | 0.30 | Correspondence with Paula Wolf and Tara Schleicher |
| Saturday, September 21, 2019 | 0.80 | Case administration |
| Saturday, September 21, 2019 | 0.30 | Call with Mike Anderson re: Tillamook agreement and other matters. |
| Saturday, September 21, 2019 | 0.10 | Correspondence with Paula Wolf re: cows |
| Sunday, September 22, 2019 | 0.70 | Work on buyer list and notes, research online. |
| Sunday, September 22, 2019 | 0.50 | Prepare update email to Key Bank |
| Sunday, September 22, 2019 | 0.60 | Review Paula Wolf separate agreement, create amortization schedule verifying payment amount, email Mike Anderson and Tara Graciano regarding terms of agreement / animals, and Tara Schleicher re: nature of obligations and insurance. |

| Monday, September 23, 2019 | 0.05 | Place call to Country Financial re: insurance |
|---|---|---|
| Monday, September 23, 2019 | 0.30 | Call with Sofia at SAIF re: change in address and additional insured, send order. |
| Monday, September 23, 2019 | 0.10 | Call with Chad re: visit / sale |
| Monday, September 23, 2019 | 0.25 | Call with Karen re: bank accounts / herd / Juan |
| Monday, September 23, 2019 | 0.15 | Call with Mike Anderson re: herd, Juan, related matters |
| Monday, September 23, 2019 | 0.20 | Discuss conversations with Eric Silva, cattle location and other matters with Tara Schleicher |
| Monday, September 23, 2019 | 0.20 | Call with and email to Victor Saldanha of Key Bank re: new DDA |
| Monday, September 23, 2019 | 0.50 | Call with Mike Anderson re: Herd, operations, staff, buyers and other matters |
| Tuesday, September 24, 2019 | 0.40 | Call with Mike Anderson re: Eric Silva; herd, schedule etc. |
| Tuesday, September 24, 2019 | 0.20 | Correspondence with Eric Silva |
| Tuesday, September 24, 2019 | 0.20 | Correspondence with Tara Schleicher |
| Tuesday, September 24, 2019 | 0.50 | Meet with Key Bank to open new account |
| Tuesday, September 24, 2019 | 1.80 | Call with Mike Anderson and Eric Silva re: operations, herd and related matters |
| Tuesday, September 24, 2019 | 0.25 | Call with Albert Nunes of Genske Mulder re: thoughts on the dairy |
| Tuesday, September 24, 2019 | 0.25 | Call with Ben, Wustenburg, Vet., about increasing services / situation generally |
| Tuesday, September 24, 2019 | 0.70 | Call with Mike Anderson re: operations, staff, situation generally, financial tasks |
| Wednesday, September 25, 2019 | 0.30 | Call and correspondence with Mike Anderson, Key Bank and Tara Schleicher re: payment deferral. |
| Wednesday, September 25, 2019 | 0.20 | Correspondence and call with Eric Siva re: animals to be sold |
| Wednesday, September 25, 2019 | 0.40 | Call with Mike Anderson |
| Thursday, September 26, 2019 | 0.15 | Call with Mike Anderson re: herd / government funding application and other matters |
| Friday, September 27, 2019 | 0.20 | Review USDA form, prepare email to Heidi Dugan at USDA |
| Friday, September 27, 2019 | 0.50 | Call with Mike Anderson re: operations / herd etc. |
| Friday, September 27, 2019 | 0.30 | Call with Mike Anderson re: operations / herd etc. |
| Friday, September 27, 2019 | 0.10 | Call with Rick Taylor |
| Friday, September 27, 2019 | 0.10 | Call with Tara Schleicher re: animals offsite / potentially sold / Eric Evans email |
| Friday, September 27, 2019 | 1.00 | Complete paperwork for UDA program; drive to Hillsboro and back to deliver paperwork and check to USDA |
| Friday, September 27, 2019 | 0.05 | Call with Mike Anderson re: offsite animals and pickup repair |
| Friday, September 27, 2019 | 1.00 | Call with Jessica Cegavske of Rialto - update |
| Friday, September 27, 2019 | 0.05 | Place call to Robert Obrist |
| Friday, September 27, 2019 | 0.25 | Call with Carl Zweifel re: cutting corn |
| Friday, September 27, 2019 | 0.03 | Return call from Cornell Casbergen |
| Friday, September 27, 2019 | 0.15 | Review and approve letter to Eric Evans re: animals / order |
| Saturday, September 28, 2019 | 0.20 | Working group / to do notes |
| Tuesday, October 1, 2019 | 0.20 | Call with Eric Silva |
| Wednesday, October 2, 2019 | 0.05 | Reply to Tara Schleicher re: missing animals / conversation with Mr. Silva. |
| Wednesday, October 2, 2019 | 0.20 | Call Mike Anderson re: dairy operations |
| Wednesday, October 2, 2019 | 0.10 | Call with Tara Schleicher re: missing animals and other case matters |
| Wednesday, October 2, 2019 | 0.20 | Call with Brent Thompson of KeyBank re: missing animals |
| Friday, October 4, 2019 | 0.50 | Review email from Mike Anderson re: operations; call re: operations, herd, going concern sale, schedule. |
| Friday, October 4, 2019 | 0.30 | Call with Nathan Jensen re: compensation, Eric Silva and other matters. |
| Friday, October 4, 2019 | 0.50 | Call with Eric Silva regarding need to limit involvement to contact with me vs. others; missing animals and required information and relate matters. |
| Saturday, October 5, 2019 | 0.10 | Review and consider email from Paula Wolf |
| Saturday, October 5, 2019 | 0.30 | Call with Mike Anderson re: email from Paula Wolf, Mike's discussions with Nathan Jensen and prospective Farm buyer |
| Saturday, October 5, 2019 | 0.10 | Reply to Paula Wolf |
| Saturday, October 5, 2019 | 0.05 | Further correspondence with Paula re: call. |
| Saturday, October 5, 2019 | 0.10 | Correspondence with Tara Schleicher |
| Sunday, October 6, 2019 | 0.10 | Review email from Kate Lott of Tillamook, email Mike Anderson re: same. |

| Date | Hours | Description |
|---|---|---|
| Sunday, October 6, 2019 | 0.10 | Review and comment on Nathan Jensen work plan. |
| Sunday, October 6, 2019 | 0.20 | Review post by Eric Silva, related correspondence. |
| Sunday, October 6, 2019 | 0.10 | Correspond re: milk testing issue |
| Sunday, October 6, 2019 | 0.20 | Email to Tara Graciano re: equipment and lease / loan summary |
| Sunday, October 6, 2019 | 0.40 | Review leases and loan documents scanned by Tara |
| Sunday, October 6, 2019 | 0.20 | Prepare form of consulting agreement for Nathan Jensen |
| Sunday, October 6, 2019 | 0.50 | Calls and correspondence with Mike Andersen re: antibiotics issues and related matters. |
| Monday, October 7, 2019 | | Drive to dairy |
| Monday, October 7, 2019 | 4.75 | Meetings with Mike Anderson, Nathan Jensen re: operations, herd, herd sales, farm sale, buyers, corn and other matters.  Calls with KeyBank, discussions with Tillamook, call with Chad Lowry. |
| Monday, October 7, 2019 | 1.50 | Drive back from dairy |
| Monday, October 7, 2019 | 0.55 | Call with prospective buyer |
| Monday, October 7, 2019 | 0.10 | Call with prospective buyer |
| Tuesday, October 8, 2019 | 0.60 | Call with prospective buyer |
| Tuesday, October 8, 2019 | 0.60 | Call with Mike Anderson re: corn, buyers, Eric Silva meeting |
| Tuesday, October 8, 2019 | 0.30 | Open and review mail |
| Tuesday, October 8, 2019 | 0.15 | Call with Mike Spence of AgDirect |
| Tuesday, October 8, 2019 | 1.50 | Drive to dairy |
| Tuesday, October 8, 2019 | 3.00 | Meetings with Chad Lowry of Toppenish and Nathan Jensen re: herd; inspect herd; call with Purina; meeting with prospective herd buyer; discussions regarding workforce compensation; prepare payments; |
| Tuesday, October 8, 2019 | 1.50 | Drive back from dairy |
| Wednesday, October 9, 2019 | 1.50 | Drive to dairy |
| Wednesday, October 9, 2019 | 2.00 | Meetings with Lowell Chaffey of Dairy Cattle Sales and Nathan Jensen re: herd; inspect herd; call with Brandy |
| Wednesday, October 9, 2019 | 1.50 | Drive back from dairy |
| Wednesday, October 9, 2019 | 0.50 | Call with potential farm buyer |
| Wednesday, October 9, 2019 | 0.50 | Call with Tara Schleicher re: various case matters including missing animals, Mr.,. Silva, heifer sale, PSA structure, buyers, operations and other matters. |
| Wednesday, October 9, 2019 | 0.50 | Further call with Tara Schleicher re: heifer sale and other matters. |
| Thursday, October 10, 2019 | 0.10 | Consider and correspond re: voice message from Tillamook County Sherriff. |
| Thursday, October 10, 2019 | 0.20 | Call with Mike Anderson re: asset sales and operations |
| Thursday, October 10, 2019 | 0.40 | Call with Nathan Jensen re: heifer sale and other matters' |
| Friday, October 11, 2019 | 0.05 | Return call from Carl Zweifel re: silage |
| Friday, October 11, 2019 | 0.05 | Place call to Lowell Chaffey |
| Friday, October 11, 2019 | 0.20 | Call with Detective Bettencourt of Tillamook County Sherriff |
| Friday, October 11, 2019 | 0.30 | Correspond with Nathan Jensen and Mike Anderson re: operations |
| Friday, October 11, 2019 | 0.20 | ODA return call re: permits and fees. |
| Friday, October 11, 2019 | 0.25 | Call with Nathan Jensen re: buyer visit / due diligence / corn |
| Friday, October 11, 2019 | 0.20 | Call and correspondence with Linda Miller of Altis, collection agent for Pioneer |
| Monday, October 14, 2019 | 0.05 | Place call to Chad Lowrey |
| Monday, October 14, 2019 | 0.05 | Place call to Lowell Chafee |
| Tuesday, October 15, 2019 | 0.50 | Call with Tara Schleicher |
| Wednesday, October 16, 2019 | 0.40 | Call and correspondence with Tara Graciano re: vendors and A/P |
| Wednesday, October 16, 2019 | 0.10 | Call with Vendor |
| Wednesday, October 16, 2019 | 0.20 | Call with Patti- broker for possible farm buyer |
| Thursday, October 17, 2019 | 1.10 | Call with Mike Anderson regarding operations and asset sales matters. |
| Thursday, October 17, 2019 | 0.50 | Call with Lois Casale regarding accounting and related matters. |
| Thursday, October 17, 2019 | 0.30 | Call with interested farm buyer |
| Thursday, October 17, 2019 | 0.40 | Call with Tara Schleicher re: herd, PSA, properties and related matters |
| Thursday, October 17, 2019 | 0.20 | Correspondence |
| Thursday, October 17, 2019 | 0.20 | Review property tax files from Tara, file, forward |

**EXHIBIT A - Page 3 of 5**

| Date | Hours | Description |
|---|---|---|
| Thursday, October 17, 2019 | 0.20 | Call interested buyer |
| Friday, October 18, 2019 | 1.70 | Open and review forwarded mail package, related correspondence, administration |
| Saturday, October 19, 2019 | 1.10 | Call with Mike Anderson re: operations, Heifer sale, conversations with Paula Wolf and Nathan Jensen; farm sale and other matters |
| Sunday, October 20, 2019 | 0.10 | Review emails and correspond with Mike Anderson re: herd |
| Sunday, October 20, 2019 | 0.50 | Call with Mike Anderson heifer sell down contract and timing. |
| Monday, October 21, 2019 | 0.40 | Correspondence re: herd and other matters, Toppenish contract; Nathan time; |
| Monday, October 21, 2019 | 0.30 | Call and correspondence with Mike Anderson |
| Monday, October 21, 2019 | 0.10 | Correspond with Tara Schleicher |
| Monday, October 21, 2019 | 0.70 | Prepare for and attend call with Key Bank and Tara Schleicher |
| Monday, October 21, 2019 | 0.90 | Correspondence with Eric Silva, Tara Schleicher, Mike Anderson re: various matters including personal property, heifer sale contract.  Sign contract, review motion and sign declaration, scan and circulate. |
| Tuesday, October 22, 2019 | 0.25 | Call with Mike Anderson re: heifer sale / operations |
| Tuesday, October 22, 2019 | 0.15 | Call with Gary Steen of Kubota re: loans, email to Gary |
| Tuesday, October 22, 2019 | 0.10 | Call with Butch Keter re: payable for past seed purchases. |
| Tuesday, October 22, 2019 | 0.10 | Correspond re: Lebanon Auction Yard / scan and circulate check |
| Tuesday, October 22, 2019 | 2.50 | Prepare for , attend and follow up regarding meeting with Tara Schleicher, Eric Silva and Nick Henderson |
| Tuesday, October 22, 2019 | 0.05 | Review email from Altus / PHI |
| Tuesday, October 22, 2019 | 0.20 | Review and comment on draft correspondence prepared by Tara Schleicher |
| Tuesday, October 22, 2019 | 0.70 | Call with Mike Anderson re: meeting with Eric Silva, house, locks, operations, heifers |
| Wednesday, October 23, 2019 | 0.25 | Call with Mike Anderson re: cattle sale |
| Wednesday, October 23, 2019 | 0.40 | Call with prospective farm buyer |
| Wednesday, October 23, 2019 | 0.35 | Call with Mike Anderson re: missing cows / auction |
| Wednesday, October 23, 2019 | 0.15 | Call with Tara Graciano re: Lebanon Auction Yard |
| Wednesday, October 23, 2019 | 0.50 | Call with Tara Schleicher and Mike Anderson re: missing cattle |
| Thursday, October 24, 2019 | 0.20 | Calls and correspondence with Valery Silva, Mike Anderson, Tara Schleicher re: herd |
| Thursday, October 24, 2019 | 0.05 | Call with Rebecca at Zweifel Customer Farming re: invoice |
| Friday, October 25, 2019 | 0.40 | Call with realtor for prospective buyer of farm |
| Friday, October 25, 2019 | 0.20 | Consider and correspond with Tara Schleicher re: questions from Paula Wolf. |
| Saturday, October 26, 2019 | 0.25 | Mill check analysis |
| Saturday, October 26, 2019 | 1.00 | Draft email update to KeyBank |
| Saturday, October 26, 2019 | 1.30 | Call with Mike Anderson re: due diligence visit by potential farm buyer |
| Saturday, October 26, 2019 | 0.20 | Calls with Mike Anderson, Nathan Jensen and Eric Silva re: Eric being at the farm |
| Sunday, October 27, 2019 | 0.20 | Email Tara Schleicher re: Eric violating order; review draft email to Nick Henderson |
| Sunday, October 27, 2019 | 0.10 | Scan and circulate CAFO permit |
| Monday, October 28, 2019 | 0.20 | Correspond with Paul Wolf and others re: note payments |
| Monday, October 28, 2019 | 0.10 | Deliver documents to Tara Graciano and discuss reporting / work plan for week |
| Monday, October 28, 2019 | 0.20 | Call with realtor for potential farm buyer |
| Monday, October 28, 2019 | 0.70 | Call with Mike Anderson re: inspection of farm residence; operations; |
| Tuesday, October 29, 2019 | 0.40 | Prepare reply to email from Paula Wolf re: note payments, appraisal and missing animals. |
| Tuesday, October 29, 2019 | 0.10 | Correspond with Paula Wolf |
| Tuesday, October 29, 2019 | 0.15 | Call with Delaval re: order, send check |
| Tuesday, October 29, 2019 | 0.30 | Call with potential farm buyer |
| Tuesday, October 29, 2019 | 0.10 | Further call with Delaval, correspondence re: operations |
| Wednesday, October 30, 2019 | 0.10 | Review, approve and pay invoice |
| Wednesday, October 30, 2019 | 0.20 | Correspondence with Tara Schleicher |
| Wednesday, October 30, 2019 | 0.10 | Correspond re: herd |
| Wednesday, October 30, 2019 | 0.10 | Correspond re: milk check matters |
| Thursday, October 31, 2019 | 1.70 | Open box of mail and review |
| Thursday, October 31, 2019 | 0.45 | Call with Tara Schleicher re: potential filing and related matters |

**EXHIBIT A – Page 4 of 5**

| | | |
|---|---|---|
| Thursday, October 31, 2019 | 0.60 | Call with Mike Anderson re: potential filing and related matters |
| Friday, November 1, 2019 | 0.75 | Call with Nathan Jensen and Paula Wolf re: bankruptcy filing |
| Friday, November 1, 2019 | 0.80 | Call with Mike Anderson re: filing |
| Friday, November 1, 2019 | 0.20 | Correspondence and calls with Toppenish re: auction and filing |
| Friday, November 1, 2019 | 0.30 | Call with Tara Schleicher re: bankruptcy filing |
| Friday, November 1, 2019 | 0.15 | Call with dairy supplier re: bankruptcy |
| Saturday, November 2, 2019 | 0.20 | Correspondence |
| Sunday, November 3, 2019 | 0.50 | Call with Mike Anderson re: Bankruptcy filing and request for information from counsel |
| Sunday, November 3, 2019 | 0.35 | Review and complete memo re: receiver comments. |
| Monday, November 4, 2019 | 0.20 | Call from Vickie White at American Jersey re: bankruptcy filing |
| Monday, November 4, 2019 | 0.30 | Review email from Tara Schleicher, redline revised document, review Mike Anderson comments |
| Tuesday, November 5, 2019 | 0.30 | Call with Mike Anderson re: text from Paula Wolf re: worker concerns; bankruptcy |
| Tuesday, November 5, 2019 | 0.15 | Call from Mike Anderson re: further conversation with Paula Wolf |
| Tuesday, November 5, 2019 | 0.20 | Call with potential buyer |
| Wednesday, November 6, 2019 | 0.80 | Call and correspondence with Jack Noble, ODA, call with Mike Anderson on same. |
| Thursday, November 7, 2019 | 3.00 | Calls, correspondence and case administration. |
| | 108.0 | |

**EXHIBIT B**
**DISPUTED TIME ENTRIES FOR MICHAEL ANDERSON**

PAGE 1 – EXHIBIT B
{00333587:2}

**Michael Anderson**

| Date | Start | End | Hours | Notes on Activities - Not Comprehensive |
|------|-------|-----|-------|------------------------------------------|
| Wednesday, September 18, 2019 | | | 1.00 | Travel to Tillamook County Courthouse |
| Wednesday, September 18, 2019 | | | 0.75 | Pre hearing meeting |
| Wednesday, September 18, 2019 | | | 1.00 | Attend Court hearing meeting |
| Wednesday, September 18, 2019 | | | 1.50 | strategy meeting with Boverman and bank |
| Wednesday, September 18, 2019 | | | 0.50 | Travel to Silva farm |
| Wednesday, September 18, 2019 | | | 0.50 | review correspondence and documentation |
| Wednesday, September 18, 2019 | | | 2.00 | tour Silva farm with Valery Silva |
| Wednesday, September 18, 2019 | | | 2.00 | Meet with Paul Wolf and Nathan Jensen on farm history records and animal husbandry issues |
| Wednesday, September 18, 2019 | | | 1.50 | Travel from farm to home |
| Thursday, September 19, 2019 | | | 1.50 | travel |
| Thursday, September 19, 2019 | | | 2.00 | Meet with Key Bank field auditor and do walk through |
| Thursday, September 19, 2019 | | | 0.25 | meet with oda on CAFO situation |
| Thursday, September 19, 2019 | | | 0.25 | Meeting arrangements with Nathan Jensen |
| Thursday, September 19, 2019 | | | 1.50 | Walk through with Tara Graciano |
| Thursday, September 19, 2019 | | | 0.25 | Tc with Chad Lowry from Toppenish Auction Yard |
| Thursday, September 19, 2019 | | | 1.00 | Meet with Dan Boverman on strategy |
| Thursday, September 19, 2019 | | | 1.00 | Meet with Dan Boverman and Valery Silva |
| Thursday, September 19, 2019 | | | 0.50 | Meet with Dan Boverman |
| Thursday, September 19, 2019 | | | 0.25 | Tc with Dan Boverman |
| Thursday, September 19, 2019 | | | 1.50 | Travel |
| Friday, September 20, 2019 | | | 1.50 | Travel to farm |
| Friday, September 20, 2019 | | | 0.25 | Meet with Valery on job descriptions and schedules |
| Friday, September 20, 2019 | | | 3.50 | Meet with Nathan Jensen and Valery Silva |
| Friday, September 20, 2019 | | | 0.50 | Meet with Dan Boverman |
| Friday, September 20, 2019 | | | 0.25 | Review email data |
| Friday, September 20, 2019 | | | 1.00 | Meet with TCCA on status of relationship and farm inspection |
| Friday, September 20, 2019 | | | 1.00 | Meet with Dan Boverman on week wrap, strategy and schedule |
| Friday, September 20, 2019 | | | 0.50 | Tc with Nathan Jensen r/e strategy and work assignment |
| Friday, September 20, 2019 | | | 0.25 | Tc with Dan Boverman re Wolf/Jensen conversations |
| Friday, September 20, 2019 | | | 0.25 | Tc with Nathan Jensen about possible interest Christensen, text to Boverman |
| Friday, September 20, 2019 | | | 1.50 | Travel from farm |
| Saturday, September 21, 2019 | | | 1.00 | Telephone calls and texts and emails with Dan Boverman regarding status of operation, TCCA contract and new member application process, herd health issues |
| Sunday, September 22, 2019 | | | 0.25 | Review emails and outline lists from Dan Boverman and respond |
| Sunday, September 22, 2019 | | | 0.50 | Various texts with Nathan Jensen regarding status of work being done with herd on Sunday |
| Sunday, September 22, 2019 | | | 0.50 | Review emails from Dan Boverman |
| Sunday, September 22, 2019 | | | 0.50 | Review dissolution of Marriage documents from Boverman |

| Date | Hours | Description |
|---|---|---|
| Sunday, September 22, 2019 | 0.25 | Review lien documents sent by Boverman |
| Sunday, September 22, 2019 | 0.25 | Analyze impact on collateral and engagement |
| Monday, September 23, 2019 | 1.50 | Travel to Tillamook, Beaver |
| Monday, September 23, 2019 | 3.00 | Meet with Nathan Jensen regarding cattle inventories, herd health, nutrition issues, strategies |
| Monday, September 23, 2019 | 1.00 | strategies |
| Monday, September 23, 2019 | 1.00 | Review dairy operations, cattle, milking barn, milk house, feed, crops |
| Monday, September 23, 2019 | 0.50 | Meet with Valery Silva regarding operations |
| Monday, September 23, 2019 | 0.25 | Meet with Juan on employment status |
| Monday, September 23, 2019 | 0.50 | Tc with NCRS on potential for dairy programs |
| Monday, September 23, 2019 | 0.25 | Tc with Dave Hogan regarding receivership |
| Monday, September 23, 2019 | 0.25 | Meet with CHS on cattle feed, status of corn |
| Monday, September 23, 2019 | 0.25 | Find grass seed and look at plater for tarm operability |
| Monday, September 23, 2019 | 0.25 | Review TCCA cattle and discuss with Nathan |
| Monday, September 23, 2019 | 0.25 | Tc with Dan Boverman |
| Monday, September 23, 2019 | 0.50 | Tc with Dan Boverman regarding status |
| Monday, September 23, 2019 | 0.50 | Review emailed documents |
| Monday, September 23, 2019 | 0.50 | Tc with Nathan Jensen about cow inventories, valuation |
| Monday, September 23, 2019 | 1.50 | Travel home |
| Tuesday, September 24, 2019 | 0.25 | Tc with Heidi Duggan |
| Tuesday, September 24, 2019 | 0.25 | Tc with Dave Hogan |
| Tuesday, September 24, 2019 | 0.50 | Tc with Travis Love |
| Tuesday, September 24, 2019 | 0.50 | Tc with Nathan Jensen |
| Tuesday, September 24, 2019 | 0.25 | Tc with Dan Boverman |
| Tuesday, September 24, 2019 | 1.50 | Tc with Dan Boverman and Eric Silva |
| Tuesday, September 24, 2019 | 0.25 | Email to Armondo Macias of ODA |
| Tuesday, September 24, 2019 | 0.50 | Tc with Dan Boverman |
| Tuesday, September 24, 2019 | 0.25 | Tc with Heidi Duggan |
| Tuesday, September 24, 2019 | 0.50 | Review email documentation |
| Tuesday, September 24, 2019 | 1.00 | Tc with Nathan Jensen |
| Tuesday, September 24, 2019 | 0.25 | Email to Dan Boverman on potential USDA payments |
| Wednesday, September 25, 2019 | 3.00 | Travel to/from farm |
| Wednesday, September 25, 2019 | 2.00 | Meet with Paul Wolf |
| Wednesday, September 25, 2019 | 1.00 | Meet with Juan and Adrianna |
| Wednesday, September 25, 2019 | 0.25 | Tc with Nathan Jensen |
| Wednesday, September 25, 2019 | 0.50 | Meet with Valery |
| Wednesday, September 25, 2019 | 0.50 | Walk and look over farm with Juan |
| Wednesday, September 25, 2019 | 0.25 | TCCA cows moved |
| Wednesday, September 25, 2019 | 0.50 | Tc with Nathan Jensen |
| Wednesday, September 25, 2019 | 1.00 | Tc with Dan Boverman |
| Wednesday, September 25, 2019 | 0.25 | Tc with Heidi Duggan at USDA |
| Wednesday, September 25, 2019 | 0.25 | Tc with Dan Boverman |
| Wednesday, September 25, 2019 | 0.75 | Tc with Ben Wustenburg |
| Wednesday, September 25, 2019 | 0.50 | Review documents from USDA |
| Thursday, September 26, 2019 | 3.00 | Travel to/from farm |
| Thursday, September 26, 2019 | 0.25 | Tc with Heidi Duggan |
| Thursday, September 26, 2019 | 0.25 | Tc with Dan Boverman |

| Date | Hours | Description |
|---|---|---|
| Thursday, September 26, 2019 | 0.25 | Tc with Dave Hogan |
| Thursday, September 26, 2019 | 0.25 | Tc with Nathan Jensen |
| Thursday, September 26, 2019 | 0.50 | Tc with Dan Boverman |
| Thursday, September 26, 2019 | 4.00 | Meet with Nathan Jensen on Cattle inventory, nutrition, values, operations, corn plan, recruiting |
| Thursday, September 26, 2019 | 1.00 | Review dairy farm |
| Thursday, September 26, 2019 | 0.25 | Meet with Don Ball |
| Thursday, September 26, 2019 | 0.25 | Tc with Dan Boverman on cattle inventory issues |
| Friday, September 27, 2019 | 0.25 | Tc with Dan Boverman regarding cattle not owned |
| Friday, September 27, 2019 | 0.25 | Tc with Heidi regarding status |
| Friday, September 27, 2019 | 0.25 | Other USDA follow up |
| Friday, September 27, 2019 | 0.25 | Emails and texts from Dan and Tara |
| Friday, September 27, 2019 | 0.25 | Emails from Paula and Nathan |
| Friday, September 27, 2019 | 0.25 | Animals not owned issues |
| Friday, September 27, 2019 | 0.25 | Review TCCA lab card and operations with Nathan |
| Friday, September 27, 2019 | 0.75 | Tc with Dan Boverman |
| Friday, September 27, 2019 | 0.25 | Tc with Dan Boverman on USDA, Nathan |
| Friday, September 27, 2019 | 0.25 | Tc with Dan Boverman on Silva case |
| Friday, September 27, 2019 | 0.50 | Tc with Nathan Jensen on emergency repairs, animal health issues |
| Friday, September 27, 2019 | 0.50 | Tc with Dan Boverman about Eric Evans, Nathan Jensen emergency animal health issue |
| Friday, September 27, 2019 | 0.25 | Review Tara email, advise |
| Friday, September 27, 2019 | 0.25 | Review financial information from Karen sent by Boverman |
| Saturday, September 28, 2019 | 0.25 | Tc with Lowell Chaffee regarding cattle for sale |
| Saturday, September 28, 2019 | 0.25 | Tc with Dave Hogan re strategic |
| Saturday, September 28, 2019 | 2.00 | Work on pulling together notes for Monday presentation |
| Sunday, September 29, 2019 | 0.25 | Tc with Paula Wolf |
| Sunday, September 29, 2019 | 2.00 | Work on notes and analysis for Monday presentation |
| Monday, September 30, 2019 | 1.50 | Travel to farm |
| Monday, September 30, 2019 | 1.00 | Review dairy farm |
| Monday, September 30, 2019 | 0.50 | Review silage plan, corn and storage pits |
| Monday, September 30, 2019 | 1.00 | Tc with Nathan Jensen re herd health, equipment, employees, nutrition, silage plan |
| Monday, September 30, 2019 | 0.50 | Meet with Valery |
| Monday, September 30, 2019 | 0.50 | Draft notes and emails |
| Monday, September 30, 2019 | 0.25 | Review TCCA documents, Boverman emails |
| Monday, September 30, 2019 | 0.25 | Prepare for TC with Boverman |
| Monday, September 30, 2019 | 4.25 | TC with Dan Boverman on update and strategy |
| Monday, September 30, 2019 | 0.50 | Tc with Nathan Jensen |
| Monday, September 30, 2019 | 1.50 | Travel back from farm |
| Tuesday, October 1, 2019 | 3.00 | Travel to/from farm |
| Tuesday, October 1, 2019 | 2.00 | Review Silage operations |
| Tuesday, October 1, 2019 | 1.00 | Tc with Nathan Jensen |
| Tuesday, October 1, 2019 | 0.50 | Meet with Valery |
| Tuesday, October 1, 2019 | 0.50 | Tc with Dan Boverman re strategy, cash flow, auction |
| Tuesday, October 1, 2019 | 0.75 | Work on cattle plan, Nathan plan |
| Tuesday, October 1, 2019 | 0.25 | Review correspondence |
| Wednesday, October 2, 2019 | 0.25 | Tc with Nathan Jensen regarding jersey marketing services |

| Date | Hours | Description |
|---|---|---|
| Wednesday, October 2, 2019 | 0.50 | Review correspondence, emails to Kate Lott |
| Wednesday, October 2, 2019 | 0.25 | Discuss jersey marketing services with Dan Boverman |
| Wednesday, October 2, 2019 | 0.50 | Work with Nathan on new feed program |
| Wednesday, October 2, 2019 | 0.50 | Work on draft of work plan |
| Wednesday, October 2, 2019 | 0.25 | Tc with FSA on status of farm program revenues |
| Thursday, October 3, 2019 | 0.25 | Texts to Dan on feed purchasing issues TCCA, Chaffee, Feed issues |
| Thursday, October 3, 2019 | 0.25 | Tc with Darla Dubois at TCCA re feed programs |
| Thursday, October 3, 2019 | 0.50 | Tc with Nathan Jensen work plan |
| Thursday, October 3, 2019 | 1.50 | Work on Nathan Jensen work plan |
| Thursday, October 3, 2019 | 0.50 | Tc with Greg Lacin from jersey marketing services |
| Thursday, October 3, 2019 | 0.25 | Tx with Lowell Chaffee |
| Thursday, October 3, 2019 | 0.50 | Tc with Dan Bansen |
| Thursday, October 3, 2019 | 0.25 | Nathan Jensen on equipment, fall farming |
| Friday, October 4, 2019 | 3.00 | Travel to from farm |
| Friday, October 4, 2019 | 0.25 | Text from Nathan Jensen |
| Friday, October 4, 2019 | 0.50 | Tc with Dan Bansen re Jersey industry, TCCA dairy community, dairy principles |
| Friday, October 4, 2019 | 1.00 | Tc with Nathan Jensen |
| Friday, October 4, 2019 | 1.00 | Review farm operations, cattle, calves |
| Friday, October 4, 2019 | 0.50 | Review corn situation |
| Friday, October 4, 2019 | 1.00 | Work on work plan, lists |
| Friday, October 4, 2019 | 0.50 | Review dead animal, flat tire |
| Friday, October 4, 2019 | 0.50 | Make arrangements for supplies, purchase |
| Friday, October 4, 2019 | 0.75 | Tc with Dan Boverman re status |
| Friday, October 4, 2019 | 0.50 | Text and TC with Boverman re Eric text from Nathan |
| Friday, October 4, 2019 | 0.50 | Tc with Hogan re status and next week meetings |
| Friday, October 4, 2019 | 0.50 | Tc with Nathan Jensen re situation and work plan |
| Saturday, October 5, 2019 | 0.50 | Review mail correspondence |
| Saturday, October 5, 2019 | 0.50 | Tc with Dan Boverman on status, Paula Wolf, Hogan |
| Saturday, October 5, 2019 | 0.50 | Review data on missing Idaho cattle, nitrogen tanking, Paula Wolf |
| Sunday, October 6, 2019 | 0.25 | Review data from Dan Bansen and send to Boverman |
| Sunday, October 6, 2019 | 0.50 | Review data on antibiotic load and respond to Boverman |
| Sunday, October 6, 2019 | 0.50 | Work with Valery re antibiotic situation in milk |
| Sunday, October 6, 2019 | 1.00 | Review work plan and send draft to Dan Boverman for input |
| Sunday, October 6, 2019 | 0.25 | Correspondence with Nathan re work plan, schedule |
| Sunday, October 6, 2019 | 0.25 | Review emails from Boverman |
| Sunday, October 6, 2019 | 0.50 | Texts with Kate Lott and Bryan Gibson re antibiotic issue |
| Sunday, October 6, 2019 | 0.50 | Tx with Valery re antibiotic plan, test results, communication |
| Sunday, October 6, 2019 | 0.25 | Review correspondence re milk checks and other |
| Monday, October 7, 2019 | 0.50 | Review dairy operation |
| Monday, October 7, 2019 | 0.50 | Meet with Valery Silva re employment status, antibiotic situation, part time labor |
| Monday, October 7, 2019 | 1.00 | Meet with Nathan Jensen |
| Monday, October 7, 2019 | 0.25 | Meet with Bryan Gibson from TCCA |
| Monday, October 7, 2019 | 3.00 | Meet with Nathan Jensen and Dan Boverman |
| Monday, October 7, 2019 | 0.50 | Tc with Wolf, Jensen and Boverman |
| Monday, October 7, 2019 | 0.25 | Meet with Tom Seals regarding corn, status of deal |

| Date | Hours | Description |
|---|---|---|
| Monday, October 7, 2019 | 0.25 | Tc with Nathan Jensen |
| Monday, October 7, 2019 | 0.25 | Review correspondence re repossession and Eric Silva |
| Monday, October 7, 2019 | 0.50 | Tc with Dan Boverman |
| Monday, October 7, 2019 | 0.25 | Tc with Nathan Jensen |
| Monday, October 7, 2019 | 3.00 | Travel to from farm |
| Tuesday, October 8, 2019 | 0.50 | Tc with Nathan on corn, cattle plan |
| Tuesday, October 8, 2019 | 0.25 | Tc with Dan Boverman on corn, cattle |
| Tuesday, October 8, 2019 | 0.25 | Review data on antibiotic from TCCA and respond |
| Tuesday, October 8, 2019 | 0.25 | Review emails on equipment, payroll, housing and respond |
| Wednesday, October 9, 2019 | 0.75 | Tc with Nathan Jensen about cattle plan and cattle inventory |
| Wednesday, October 9, 2019 | 0.25 | Review correspondence and respond |
| Thursday, October 10, 2019 | 0.25 | Draft emails to Boverman on status |
| Thursday, October 10, 2019 | 0.25 | Tc with Dan Boverman re status |
| Thursday, October 10, 2019 | 0.50 | Texts with Nathan and Nathan and Dan Boverman on silage, jersey business and cattle plan |
| Thursday, October 10, 2019 | 0.25 | Review data from Tara Schleicher and Dan Boverman |
| Thursday, October 10, 2019 | 0.25 | Tc with Nathan Jensen |
| Friday, October 11, 2019 | 0.50 | Tc and correspondence from Tara Schleicher and Dan Boverman re CAFO, water rights, equipment, etc. |
| Friday, October 11, 2019 | 0.50 | Interaction with Nathan re grass planting, Valery employment status, Tom Seals, skid steer tires, corn harvest, grass planting |
| Saturday, October 12, 2019 | 0.50 | Check in with Nathan on grass planting |
| Sunday, October 13, 2019 | 0.50 | Tc and texts with Nathan Jensen supervising farm operations |
| Monday, October 14, 2019 | 1.00 | Tc with Dan Boverman re operations, strategy |
| Monday, October 14, 2019 | 0.25 | Tc with Nathan Jensen re operations, cattle movement, grass seed, sump pump, hoof trimming |
| Monday, October 14, 2019 | 0.25 | Review and respond to various emails and texts relating to case |
| Tuesday, October 15, 2019 | 0.25 | Tc with Nathan Jensen re operations, cattle , Delaval repairs, ODA inspection requirements |
| Tuesday, October 15, 2019 | 0.25 | Various emails and texts with Nathan and Dan Boverman |
| Wednesday, October 16, 2019 | 3.00 | Travel to from farm |
| Wednesday, October 16, 2019 | 1.00 | Meet with Nathan Jensen re operations |
| Wednesday, October 16, 2019 | 3.00 | Meet with Paula Wolf and Nathan Jensen re strategic issues |
| Wednesday, October 16, 2019 | 0.50 | Tc with Heidi Duggan re status of USDA payments |
| Wednesday, October 16, 2019 | 0.25 | Tc with Dan Boverman re USDA, schedule |
| Wednesday, October 16, 2019 | 0.25 | Tc with Nathan Jensen re update on operating matters |
| Thursday, October 17, 2019 | 1.25 | Tc with Dan Boverman re status and operations |
| Thursday, October 17, 2019 | 0.25 | Email to Tara on farm programs |
| Thursday, October 17, 2019 | 0.25 | Email to Heidi on farm program and discussion |
| Thursday, October 17, 2019 | 0.75 | Tc and texts with Nathan Jensen re culls, update, schedule for next week, vet check, Jersey |
| Thursday, October 17, 2019 | 0.25 | Heidi with USDA |
| Thursday, October 17, 2019 | 0.25 | Draft emails to Tara on USDA program, auction strategy |
| Thursday, October 17, 2019 | 0.25 | Review correspondence from Boverman on property taxes, meeting with Jersey Inc |
| Friday, October 18, 2019 | 3.00 | Travel to from farm |
| Friday, October 18, 2019 | 2.00 | Meet with Paula Wolf |
| Friday, October 18, 2019 | 1.00 | Meet with Nathan Jensen |
| Friday, October 18, 2019 | 1.00 | Tour farm, measure progress |

| Date | Hours | Description |
|------|-------|-------------|
| Friday, October 18, 2019 | 0.50 | Work with Nathan Jensen on herd identification |
| Friday, October 18, 2019 | 0.25 | Tc with Dan Boverman and Nathan Jensen re American Jersey situation |
| Friday, October 18, 2019 | 1.00 | Meet with Nathan Jensen on cattle plan progress |
| Friday, October 18, 2019 | 0.50 | Check out equipment for maintenance needs |
| Friday, October 18, 2019 | 0.25 | Check silage progress and condition |
| Friday, October 18, 2019 | 0.25 | Check grass fields for completeness and progress |
| Friday, October 18, 2019 | 0.25 | Tc with Workman's Comp people |
| Friday, October 18, 2019 | 0.50 | Work on feed situation with Nathan relative to nutrition |
| Friday, October 18, 2019 | 0.25 | Tc with Chad Lowry from Toppenish Livestock |
| Friday, October 18, 2019 | 0.25 | Review agreement on sale of cattle from Tara Schleicher |
| Saturday, October 19, 2019 | 0.25 | Correspondence with Dan and Tara on case and Paula matters |
| Saturday, October 19, 2019 | 1.00 | Tc on update with Boverman on status |
| Saturday, October 19, 2019 | 0.50 | Tc with Chad Lowry and Nathan Jensen re cattle movement |
| Saturday, October 19, 2019 | 0.25 | Review data from Paula Wolf and respond |
| Saturday, October 19, 2019 | 0.25 | Tc with Nathan Jensen re cattle movement plan schedule for next week |
| Sunday, October 20, 2019 | 0.25 | Review data from Paula Wolf |
| Sunday, October 20, 2019 | 0.25 | Draft memos to Boverman on $40,000 calf, Toppenish |
| Sunday, October 20, 2019 | 0.50 | Tc with Dan Boverman re cattle, Toppenish deal and information requests |
| Sunday, October 20, 2019 | 0.50 | Tc with Nathan Jensen |
| Sunday, October 20, 2019 | 0.25 | Email to Boverman on cattle data for Eric meeting |
| Monday, October 21, 2019 | 0.25 | Emails to Dan Boverman on Toppenish, heifer sale supporting data |
| Monday, October 21, 2019 | 0.50 | Tc with Nathan Jensen re cattle lists and schedule |
| Monday, October 21, 2019 | 0.25 | Work on getting cattle document transmitted |
| Monday, October 21, 2019 | 0.50 | Tc with Dan Boverman re Toppenish deal for Key Bank |
| Monday, October 21, 2019 | 0.50 | Tc with Nathan Jensen email and texts |
| Monday, October 21, 2019 | 0.50 | Tc with Dan Boverman re bank meeting |
| Monday, October 21, 2019 | 0.25 | Tc with Nathan Jensen re status, data and work plan |
| Monday, October 21, 2019 | 0.25 | Tc with Paula Wolf re Lebanon Auction Yard AP |
| Tuesday, October 22, 2019 | 3.00 | Travel to from farm |
| Tuesday, October 22, 2019 | 0.50 | Tc with Nathan Jensen |
| Tuesday, October 22, 2019 | 2.00 | Review farm operations |
| Tuesday, October 22, 2019 | 0.25 | Discuss milk house project with contractor |
| Tuesday, October 22, 2019 | 0.50 | Review repairs list and issues with equipment |
| Tuesday, October 22, 2019 | 0.50 | Meet with Juan re operations |
| Tuesday, October 22, 2019 | 0.50 | Tc with Dan Boverman |
| Tuesday, October 22, 2019 | 0.25 | Text to Paul, review emails on cattle issues |
| Tuesday, October 22, 2019 | 0.50 | Tc with Dan Boverman re Eric Meeting and strategy |
| Wednesday, October 23, 2019 | 0.50 | Tc with Nathan Jensen re Eric meeting, Louisville trip, status of farm operations |
| Wednesday, October 23, 2019 | 0.25 | Tc with Chad Lowry re Toppenish sale |
| Wednesday, October 23, 2019 | 0.25 | Tc with Paula Wolf |
| Wednesday, October 23, 2019 | 0.25 | Tc with Dan Boverman |
| Wednesday, October 23, 2019 | 0.25 | Tc with Nathan Jensen re Tillamook complaint |
| Wednesday, October 23, 2019 | 0.25 | Emails to Tillamook Creamery on complaint resolution |
| Wednesday, October 23, 2019 | 0.25 | Tc with Dan Boverman and Chad Lowry re cattle sale |
| Wednesday, October 23, 2019 | 0.50 | Tc with Dan Boverman and Tara Schleicher re Lebanon, Valery data operations |

| Date | Hours | Description |
|---|---|---|
| Wednesday, October 23, 2019 | 0.25 | Tc with Nathan Jensen re cattle plan, operations |
| Wednesday, October 23, 2019 | 0.25 | Review correspondence from Tara, Tara, Nathan and Paula |
| Thursday, October 24, 2019 | 0.25 | Tc with Nathan re culls and cattle loading for Friday |
| Thursday, October 24, 2019 | 0.25 | Tc with Dan Boverman on meeting with Valery |
| Thursday, October 24, 2019 | 0.75 | Tc with Dan Boverman and Valery re missing animals |
| Thursday, October 24, 2019 | 0.75 | Tc with Dan Boverman on strategy on missing animals, Texts to Valery re house |
| Friday, October 25, 2019 | 3.00 | Travel to from farm |
| Friday, October 25, 2019 | 0.50 | Prepare for cattle transition |
| Friday, October 25, 2019 | 3.00 | Help load cattle |
| Friday, October 25, 2019 | 0.50 | Prep for Kuipers and Tippitt meeting on farm sale |
| Friday, October 25, 2019 | 3.00 | Show Kuipers farm and cattle for sale |
| Friday, October 25, 2019 | 0.50 | Meet with Nathan on cattle sale, strategy |
| Friday, October 25, 2019 | 0.25 | Tc with Dan Boverman |
| Friday, October 25, 2019 | 0.25 | Review farm |
| Saturday, October 26, 2019 | 0.25 | Tc with Nathan Jensen re operations |
| Saturday, October 26, 2019 | 1.00 | Tc with Dan Boverman re Garritt Kuipers, cattle sales and strategy |
| Saturday, October 26, 2019 | 0.25 | Tc with Dan Boverman re Eric and review correspondence |
| Sunday, October 27, 2019 | 0.50 | Review data relative to shipping cattle, review various documents from Boverman, Tc with Nathan Jensen re operations, cattle shipment, Eric, schedule |
| Monday, October 28, 2019 | 3.00 | Travel to from farm |
| Monday, October 28, 2019 | 0.75 | Review Eric home situation, take pictures for boverman and discuss |
| Monday, October 28, 2019 | 1.25 | Review farm operations, premises, barns status of field crops, discuss crop plans with Nathan |
| Monday, October 28, 2019 | 0.50 | Work on repair issues |
| Monday, October 28, 2019 | 0.50 | Work on possible problem with antibiotic cow in milk stream |
| Monday, October 28, 2019 | 1.00 | Tc with Dan Boverman re operations, strategy, repairs |
| Monday, October 28, 2019 | 0.50 | Review week schedule with Nathan |
| Monday, October 28, 2019 | 0.50 | Meet with Garritt Kuipers re farm purchase opportunity, protocol |
| Monday, October 28, 2019 | 0.50 | Work with Nathan on cattle herd organization and computer |
| Monday, October 28, 2019 | 0.50 | Work with Nathan on Toppenish load for Tuesday |
| Tuesday, October 29, 2019 | 0.50 | Texts and Tc with Nathan Jensen re cattle sale, appliances, computer records, schedule |
| Tuesday, October 29, 2019 | 0.50 | Sent mail and materials from farm premises to Dan Boverman |
| Tuesday, October 29, 2019 | 1.00 | Work on appliance issues |
| Tuesday, October 29, 2019 | 0.25 | Draft email to Dan Boverman and Tara Schleicher on USDA programs |
| Tuesday, October 29, 2019 | 0.25 | Tc with Heidi Duggan re USDA program and follow-up email to Dan and Tara |
| Tuesday, October 29, 2019 | 0.25 | Review correspondence from Dan Boverman and Nathan Jensen |
| Tuesday, October 29, 2019 | 1.00 | Tc with Dan Boverman and Tara Schleicher re missing cattle |
| Tuesday, October 29, 2019 | 0.25 | Review correspondence from Dan Boverman and Tara Schleicher |
| Tuesday, October 29, 2019 | 0.25 | Tc with Nathan Jensen on cattle shipments and farm operations |
| Wednesday, October 30, 2019 | 3.00 | Travel to from farm, pick up used dryer |
| Wednesday, October 30, 2019 | 0.75 | Pickup used dryer for dairy barn |
| Wednesday, October 30, 2019 | 1.00 | Review farm |
| Wednesday, October 30, 2019 | 1.00 | Meet with Nathan Jensen on operations |
| Wednesday, October 30, 2019 | 2.00 | Meet with Paula Wolf re her questions and missing animals issues |
| Wednesday, October 30, 2019 | 0.75 | Tc with Dan Boverman re updates, Wolf and Jensen |

| | | |
|---|---|---|
| Wednesday, October 30, 2019 | 0.50 | Review emails and texts, work with Nathan on computer data |
| Thursday, October 31, 2019 | 0.75 | Review notes, draft various emails in missing cattle and send to Dan Boverman and Tara Schleicher |
| Thursday, October 31, 2019 | 0.50 | Follow-up emails and responses on missing cattle issues |
| Thursday, October 31, 2019 | 0.50 | Purchase and pickup stove for labor housing |
| Thursday, October 31, 2019 | 0.50 | Tc with Dan Boverman re possible filing for bankruptcy by Eric |
| Thursday, October 31, 2019 | 0.75 | Deal with Nathan Jensen and employee issues relatie to possible bankruptcy |
| Friday, November 1, 2019 | 0.50 | Tc with Dan Boverman re status of case and Chapter 12 bankruptcy filing |
| Friday, November 1, 2019 | 0.50 | Tc with Nathan Jensen and Paula Wolf |
| Saturday, November 2, 2019 | 0.50 | Tc with Dan Boverman re status of engagement and data for bank hearing |
| Saturday, November 2, 2019 | 1.50 | Work on schedule of issues for Key Bank motion |
| Sunday, November 3, 2019 | 0.50 | Work on data for bank motion |
| Sunday, November 3, 2019 | 1.00 | Review information, comment and discuss from Tara Schleicher on bank motion for receivership |
| Monday, November 4, 2019 | 0.50 | Tc with Dan Boverman re situation |
| Monday, November 4, 2019 | 0.50 | Tc with Paula Wolf |
| Wednesday, November 6, 2019 | 1.00 | Review data from ODA on cattle hauling requirements, discus with Boverman, talk with industry person Dan Bansen |
| | 229.50 | |

**EXHIBIT C**
**DISPUTED TIME ENTRIES FOR RECEIVER'S COUNSEL**



| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| | | e-mail response to N. Henderson regarding additional information needed (0.1). | | |
| 10/30/2019 | Schleicher, Tara J | Instructions to paralegal regarding supboena to E. Evans and calls needed to Oregon Dept. of Agricultural at California border. | 0.10 | $42.00 |
| 10/31/2019 | Chiodo, Jill | Research California Department of Food & Agriculture requirements for transporting cattle into the state of California (0.4). Telephone call to CDFA inspections regarding same (0.1). Telephone call to CDFA Legal regarding filing a public records request (0.1). Transmit public records request to CDFA via email (0.1). | 0.70 | $150.50 |
| 10/31/2019 | Schleicher, Tara J | Review e-mails from M. Anderson regarding conversation with P. Wolf regarding missing cows and screenshot of registry site regarding $40,000 calf (0.2); exchange e-mails with client and M. Anderson regarding course of action regarding subpoenas and D. Boverman call with K. Casale (0.2); telephone call with D. Boverman regarding call with K. Casale regarding hauling of 16 head of cows to E. Evans and other issues regarding missing cows, course of action regarding subpoenas (0.2); instructions to paralegal regarding call to Department of Agriculture (0.1); confer with P. Conti regarding subpoenas and request for production needed and course of action regarding same (0.1); exchange e-mails with client and M. Anderson regarding same (0.2). | 1.00 | $420.00 |
| 10/31/2019 | Schleicher, Tara J | Review e-mail from C. Russillo with e-mail from N. Henderson regarding bankruptcy filing (0.1); telephone call with C. Russillo regarding same (0.1); exchange e-mails with C. Russillo regarding same after reviewing 11 USC 543(d) and 11 USC 1104 (0.2); telephone call with D. Boverman (0.3); review e-mail from D. Boverman regarding funds paid to N. Henderson on September 18 (0.1); review e-mails from N. Henderson regarding chapter 12 filing by E. Silva (0.1); prepare e-mail to C. Russillo regarding same (0.1); calls with C. Russillo and client (voicemail) (0.1); review voicemail from N. Henderson (0.1). | 1.30 | $546.00 |
| 10/31/2019 | Conti, Patrick | Conference with T. Schleicher regarding case background (0.1); review background materials and emails for same (0.4); research registration requirements for Jersey Cows (0.5). | 1.00 | $345.00 |
| 11/1/2019 | Schleicher, Tara J | Review texts from N. Jensen re communications and actions of E. Silva (0.2); exchange e-mails with N.Henderson re auction cancellation and no communication with receiver directly (0.2); exchange e-mails with client re same (0.2); exchange e-mails with C. Russillo re motion under 543(d) (0.1); telephone call with client re status, possible motion by Key Bank to retain receiver control, reports required under bankruptcy code and statements for services rendered for submission to bankruptcy court (0.2); review e-mails between client and M. Anderson re same (0.2); exchange e-mails with C. Russillo re possible motion to remove DIP and analyze problems with same (0.2); telephone call with C. Russillo re status since bankruptcy filing, panel chapter 12 trustee, testimony needed for hearing, etc. (0.3); review e-mail from C. Russillo to N. Henderson re no use of cash collateral (0.1); review e-mail from B. Sargent re bankruptcy filing and analyze proper response (0.1). | 1.70 | $714.00 |
| 11/2/2019 | Schleicher, Tara J | Prepare e-mail to client re information requested by Key Bank for | 0.40 | $168.00 |

**EXHIBIT C - Page 1 of 4**
Case 19-34037-pcm12    Doc 136    Filed 03/09/20


| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| | | motion in bankruptcy court (0.2); exchange e-mails with client re same (0.2) | | |
| 11/3/2019 | Schleicher, Tara J | Exchange e-mails with client re receipt of Tillamook check and course of action re same. | 0.10 | $42.00 |
| 11/4/2019 | Schleicher, Tara J | Review and analyze revisions to write up for Key Bank motion in bankruptcy court from client/M. Anderson (0.2); exchange e-mails with E. Fullerton re information from receiver needed for motion to dismiss and 543 motion (0.2); review and revise statement from client re receivership issues and exchange e-mails with client and M. Anderson re same (0.2); finalize statement and exchange e-mails with Schwabe re same (0.2); prepare e-mail to client and M. Anderson re declaration (0.1); exchange e- mails with C. Russillo re call with V. Burdette (0.1); review e-mail from C. Russillo to V. Burdette re same (0.1). | 1.10 | $462.00 |
| 11/4/2019 | Schleicher, Tara J | Telephone call with B. Sargent re bankruptcy filing and possible 543 motion (0.1); prepare e-mail to B. Sargent with update on 543 motion (0.1). | 0.20 | $84.00 |
| 11/5/2019 | Schleicher, Tara J | Telephone call with A. Poust re chapter 12 and 543 issues and call with V. Burdette to discuss same (0.1); telephone call with V. Burdette and A. Poust re status of case and receivership (0.2); review e-mail from B .Sargent to C. Russillo re bankruptcy filing (0.1); respond to same re A. Poust (0.1); review bankruptcy docket (0.1); review message from client re post by E. Silva (0.1). | 0.70 | $294.00 |
| 11/6/2019 | Schleicher, Tara J | Telephone call with E. Fullerton re hearing on cash collateral today and status on motions under 543 (0.1); telephone call with client re same and course of action (0.2); prepare e-mail to N. Henderson re no accounting for receiver fees as required under 543(c) in budget (0.1); telephone call with C. Russillo re course of action in bankruptcy (0.1); exchange e-mails with client re request from Oregon Department of Agriculture re branding/vet inspection on transport to auction (0.1); exchange e-mails with client re Tillamook check (0.1); telephone call with client re status, accounting required under bankruptcy code and transition tasks/timing (0.2); prepare e- mail to N. Henderson re milk checks (0.1); review response and send to client (0.1); prepare e-mail to C. Russillo re 543 requirements (0.2). | 1.30 | $546.00 |
| 11/25/2019 | Ayres, Jason M | Analyze 543 motion and use of cash collateral (0.4); prepare objection to use of cash collateral (0.6). | 1.00 | $400.00 |
| 11/25/2019 | Schleicher, Tara J | Telephone call with C. Russillo regarding bank's decision not to pay fees/costs (0.2); analyze course of action (0.6); draft objection to use of cash collateral (0.4); draft e-mail to C. Russillo regarding position of receiver and course of action (0.2); review and revise objection to cash collateral motion (0.1); exchange e-mails with C. Russillo regarding bank's position (0.1); telephone call with client regarding status, 543(c) motion, etc. (0.3); telephone call with B. Sargent regarding bank's position and notice issues with cash collateral motion (0.1). | 2.00 | $840.00 |
| 11/26/2019 | Schleicher, Tara J | Review objection to cash collateral motion filed by P. Wolf (0.1); review interim motion for use of cash collateral and notice of final hearing (0.1); review and revise motion to appear telephonically at hearing (0.1); review and sign motion (no charge). | 0.30 | $126.00 |

**EXHIBIT C - Page 2 of 4**
Case 19-34037-pcm12    Doc 136    Filed 03/09/20


| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 11/27/2019 | Ayres, Jason M | Review email exchanges regarding 543 claim and payment (0.1); prepare email to counsel for Key Bank (0.2). | 0.30 | $120.00 |
| 11/27/2019 | Schleicher, Tara J | Review order granting motion to appear by phone and e-mail from clerk regarding interim hearing and final hearing to be set on December 13 (0.2); prepare e-mail to debtors' counsel regarding need to include receiver fees and costs in motion for use of cash collateral (0.2); review e-mail from Key Bank counsel regarding no payment from Key Bank (0.1); exchange e-mails with debtor's counsel regarding invoices (0.1); exchange e-mails with D. Boverman regarding same (0.1); briefly review notice of hearing on motion for use of cash collateral and motion for interim use (0.3). | 1.00 | $420.00 |
| 12/2/2019 | Schleicher, Tara J | Review invoices and e-mail to Key Bank counsel sent in early November for transmission to debtor's counsel (0.1); review motion for interim use of cash collateral (0.2); prepare email to debtor's counsel re issues with interim motion and hearing and transmission of invoices (0.1). | 0.40 | $168.00 |
| 12/3/2019 | Ayres, Jason M | Review schedules and prepare email to debtor's counsel regarding retainer; exchange emails with debtor's counsel. | 0.30 | $120.00 |
| 12/3/2019 | Schleicher, Tara J | Attend hearing on interim use of cash collateral and discuss with court topics for consideration on 543(c) motion (0.3); make notes to file re points to address in 543(c) motion (.3); review SOFA and application to employ/disclosure re retainer to N.Henderson (0.1); review e-mail from J. Ayres to N. Henderson re same (0.1); review request for information on use of milk check in early October and prepare e-mail to client re same and need to file report (0.2); analyze issue re ORS 37.270 and receiver's right to Key Bank's secured claim and review e-mails re same between J. Ayres and N. Henderson (0.2); exchange emails with client and T. Graciano re accounting/report to be filed week of December 9 (0.1). | 1.30 | $546.00 |
| 12/4/2019 | Schleicher, Tara J | Review e-mail from client with check register and statement for October (0.1); review draft order granting interim use of cash collateral and note issues (0.1); prepare e-mails to client and B. Sargent re insurance issue on livestock (0.1). | 0.30 | $126.00 |
| 12/6/2019 | Schleicher, Tara J | Exchange e-mails with N. Henderson re revisions to order on interim cash collateral use. | 0.10 | $42.00 |
| 12/9/2019 | Schleicher, Tara J | Telephone call with client re logistics on 543(c) motion preparation/review/filing and accounting to be filed (0.2); exchange e-mails with E. Paetsch re priming lien issue (0.1); exchange e-mails with B. Sargent re form of cash collateral order (0.1). | 0.40 | $168.00 |
| 12/10/2019 | Ayres, Jason M | Telephone call to counsel for Key Bank regarding priority of interests in collateral (vm); prepare follow up email. | 0.20 | $80.00 |
| 12/11/2019 | Ayres, Jason M | Exchange emails with counsel for Key Bank regarding security interests; prepare precautionary cash collateral objection. | 0.70 | $280.00 |
| 12/11/2019 | Schleicher, Tara J | Review and revise e-mail to C. Russillo re Oregon Receivership Code and lien position of Key Bank (0.1); review e-mail response and analyze same (0.1); prepare summary of precautionary objection to cash collateral based on 543 and state law rights relative to Key Bank's secured claim (0.1). | 0.30 | $126.00 |
| 12/11/2019 | Rhine, Kesarah | Revise Precautionary Objection to Final Cash Collateral Order. | 0.20 | $43.00 |
| 12/12/2019 | Ayres, Jason M | Prepare proposed language for cash collateral order and email to | 0.20 | $80.00 |

**EXHIBIT C - Page 3 of 4**

Case 19-34037-pcm12    Doc 136    Filed 03/09/20



| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| | | debtor's counsel. | | |
| 12/12/2019 | Schleicher, Tara J | Exchange e-mails with client re accounting and instructions to paralegal re format of same for filing with bankruptcy court. | 0.20 | $84.00 |
| 12/13/2019 | Rhine, Kesarah | Draft Receiver's First Status Report. | 0.20 | $43.00 |
| 12/16/2019 | Schleicher, Tara J | Review court docket notes re revisions to form of final cash collateral order. | 0.10 | $42.00 |
| 12/17/2019 | Rhine, Kesarah | Draft Receiver's Accounting (0.7). Draft Section 543(c) Motion for Protection of Receiver (0.4). | 1.10 | $236.50 |
| 12/17/2019 | Schleicher, Tara J | Draft receiver's accounting and report (0.5); commence drafting 543(c) motion (0.4). | 0.90 | $378.00 |
| **TOTAL** | | | **85.15** | **$32,968.75** |

### SUMMARY OF FEES AND COSTS

| Timekeeper | Total Hours | Total Amount |
|------------|-------------|--------------|
| S. Ames | 2.60 | 702.00 |
| J. Ayres | 3.80 | 1,520.00 |
| J. Chiodo | 3.60 | 774.00 |
| P. Conti | 1.00 | 345.00 |
| J. Ellis | 0.20 | 96.00 |
| K. Rhine | 7.45 | 1,601.75 |
| T. Schleicher | 66.50 | 27,930.00 |
| **Total Fees** | | **$32,968.75** |

| Description | Amount |
|-------------|--------|
| Filing Fee | 280.00 |
| **Total Costs** | **$280.00** |

| | |
|---|---|
| **TOTAL FEES AND COSTS** | **$33,248.75** |

**EXHIBIT C - Page 4 of 4**
Case 19-34037-pcm12    Doc 136    Filed 03/09/20