UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re: **Eric L Silva**

Case No. **19-34037-pcm12**

EX. D-1
FINANCIAL REVIEW OF DEBTOR'S
*FARMING/FISHING* BUSINESS
[File With Statement of Financial Affairs in All Chapter 12 Cases; and Chapter 13 Cases If Debtor Earns Any Income From Any Ownership Interest in a FARMING or FISHING Business]

Debtor(s)

(NOTE: **ONLY INCLUDE** information directly related to the farming/fishing operation. This information is to be from the corporate books where necessary. If an item of Income or Expense does not apply indicate with N/A. **Column (2) of this exhibit must be updated and submitted to the Trustee on a quarterly basis.**)

**INDICATE ACCOUNTING METHOD USED:** __X__ Cash Basis ____ Accrual Basis
**BUSINESS NAME, ADDRESS AND PHONE NUMBER:** **Eric Silva, dba Sunset Canyon Jerseys,**

|  | (1) Previous Calendar Year | (2) Current Year to Date | (3) Projected Annual Income and Expense |
|---|---|---|---|
| **FARMING/FISHING INCOME:** | | | |
| 1. Total Income | $ **2,000,000** | $ **329,927.63** | $ **2,000,000** |
| 2. Custom Hire Income | $ **N/A** | $ **N/A** | $ **N/A** |
| 3. Total Other Income | $ **N/A** | $ **N/A** | $ **N/A** |
| 4. Total Government Payments | $ **N/A** | $ **N/A** | $ **N/A** |
| 5. Gross Income | $ **$2,000,000** | $ **329,927.63** | $ **1,860,000** |
| **FARMING/FISHING EXPENSES:** | | | |
| 6. Chemicals | $ **N/A** | $ | $ **N/A** |
| 7. Custom Hire | $ **Unknown** | $ | $ **10,000** |
| 8. Equipment Rental | $ | $ | $ **N/A** |
| 9. Feed | $ **Unknown** | $ **171,047.37** | $ **900,000** |
| 10. Fertilizers | $ **Unknown** | $ | $ **20,000** |
| 11. Fuel | $ **Unknown** | $ **3,958.58** | $ **22,000** |
| 12. Insurance | $ **Unknown** | $ **3,001.04** | $ **12,000** |
| 13. Interest | $ | $ | $ **N/A** |
| 14. Labor Hired | $ **Unknown** | $ **34,250.20** | $ **180,000** |
| 15. Rent/Lease | $ | $ **3,051.09** | $ **N/A** |
| 16. Repairs | $ **Unknown** | $ **5,777.57** | $ **3,000** |
| 17. Seeds | $ **Unknown** | $ | $ **20,000** |
| 18. Supplies | $ **Unknown** | $ **4,873.65** | $ **30,000** |
| 19. Payroll Taxes | $ **Unknown** | $ | $ **40,000** |
| 20. Income/Self Employment Taxes | $ **Unknown** | $ | $ **5,000** |
| 21. Taxes-Other | $ **Unknown** | $ | $ **5,000** |
| 22. Utilities | $ **Unknown** | $ **6,022.02** | $ **12,000** |
| 23. Vehicle Expenses | $ **Unknown** | $ **3,201.89** | $ **3,000** |
| 24. Veterinary and Medicine | $ **Unknown** | $ **3,000** | $ **20,000** |
| 25. Other Expenses: | | | |
| **Genetic Testing & Related Expenses** | $ **Unknown** | $ **3,757.41** | $ **18,000** |
| **CAFO Permit** | $ **N/A** | $ **N/A** | $ **15,000** |
| | $ **N/A** | $ **N/A** | $ **N/A** |
| | $ **N/A** | $ **N/A** | $ **N/A** |
| 26. Total Accounts Payable (attach schedule) | $ **Unknown** | $ | $ **0** |
| 27. Total Farming/Fishing Expenses | $ **Unknown** | $ **241,940.82** | $ **1,315,000** |
| 28. NET FARMING/FISHING INCOME (line 5 less line 27) | $ **Unknown** | $ **87,986.81** | $ **685,000** |
| ESTIMATED AVERAGE NET MONTHLY INCOME | | | $ **57,083.33** |

{00349215:1}

Exhibit D-1 (10/17/05)