UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re

**ERIC L. SILVA**

Debtor(s)

Case No. __19-34037-pcm12__

**CHANGE OF ADDRESS FOR A CREDITOR**

> *Instructions:* This form may be filed by either a creditor or the debtor to change a creditor's address. If the debtor files this form and the creditor has filed a proof of claim with a different address than the new address listed below, the court will send notices to both the address listed on the proof of claim and the new address listed below.
>
> Address changes for debtors must be filed on LBF 101D. Other parties may file an address change by letter which includes the case number, debtor's name, date, and the filer's signature.
>
> A debtor who wishes to add a new creditor to this case must file Local Bankruptcy Form (LBF) 728 and pay the required filing fee.

Creditor Name: **KeyBank National Association**

Old Address:
**Craig G. Russillo
Schwabe, Williamson & Wyatt
1211 SW 5th Avenue, Suite 1900
Portland, OR 97204**

New Address:
**KeyBank National Association
Attn: Scott J. Spirakus
4910 Tiedeman Road
Brooklyn, Ohio 44144**

Creditor Phone Number: _____

If you are a creditor who has already filed a claim, please enter the claim number and check the appropriate box. Filing an amended claim is not necessary to update an address.

Claim No. **13 & 31**

Please use the new address for: ☐ Notices only  ☒ Payments Only  ☐ Notices and Payments

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT.

__07/24/20__
Date

**/s/ Craig G. Russillo**
Signature (required)
**Craig G. Russillo, OSB #973875**
Type/Print Signer's Name        OSB# (if attorney)
**503.222.9981; Attorney for Creditor KeyBank**
Signer's Phone # and Relation to Case

**101C (12/1/2019)**