

Kate Brown, Governor

**Department of Revenue**
955 Center St NE
Salem, OR 97301-2555
www.oregon.gov/dor

| | |
|---|---|
| Date: | October 27, 2020 |
| Letter ID: | L0778859200 |

VIRGINIA ANDREWS BURDETTE, TRUSTEE
VIRGINIA ANDREWS BURDETTE
5506 6TH AVE S STE 207
SEATTLE WA 98108-2553

## Return Received

Debtor(s): ERIC L. SILVA

Bankruptcy Case Number: 19-34037-PCM12

Our records show that we have received Oregon tax return(s) previously requested, or returns are not required.

After reviewing the returns, department staff may adjust tax-to-pay or refund amounts. Once we have completed processing, we will file our proof of claim.

If you have any questions, please call.

/s/ Richard Hennessey, Bankruptcy Unit
Collections Division
(503) 779-3012

cc: Attorney
    Debtor
    Bankruptcy Court

**Do you have questions or need help?**
www.oregon.gov/dor
(503) 378-4988 or (800) 356-4222
questions.dor@oregon.gov
Contact us for ADA accommodations or assistance in other languages.



Kate Brown, Governor

**Department of Revenue**
955 Center St NE
Salem, OR 97301-2555
www.oregon.gov/dor

# Certificate of Service

Case Number:19-34037-PCM12
Debtor(s) Name: ERIC L. SILVA

I certify that on October 27, 2020 copies of the Withdrawal of Objection (Return Received letter) were mailed to:

Electronically transferred (ECF) to addressee(s) as follows:
Addressee(s):

VIRGINIA ANDREWS BURDETTE
MOTSCHENBACHER & BLATTNER, LLP

First class mail to addressee(s) as follows:
Addressee(s):

ERIC L SILVA
26755 BLANKENSHIP RD
BEAVER OR  97108-9734


/s/ Richard Hennessey, Bankruptcy Unit
Collections Division
Phone: (503) 779-3012
Fax: (503) 945-8735