UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re ) Case No. _____
)
) **Notice of Application for**
) *(Mark One)* Initial
) Supplemental/Additional
) **Compensation for Chapter 12**
Debtor(s) ) **Debtor(s)' Attorney**

The debtor(s)' attorney named below has applied for compensation from debtor(s)' estate as marked above for legal services rendered in the sum of $_____; now, therefore,

**NOTICE IS GIVEN** that the debtor(s)' attorney may submit an order allowing the compensation requested above unless, within 21 days of the service date below, an interested party:

1) Files a written objection, setting forth the specific grounds for the objection, with the clerk at 1050 SW 6th Ave. #700, Portland OR 97204 or 405 E 8th Ave. #2600, Eugene OR 97401, and

2) Serves the objection on the debtor(s)' attorney, the U.S. Trustee, and the trustee _____, whose service address is _____ _____.

Unless an order is submitted and signed, the trustee will not pay the requested compensation.

_____
Type or Print Debtor's Attorney's Name

_____
Attorney's Service Address

_____
Telephone Number

I certify that on _____ this notice and Local Bankruptcy Form (LBF) 1214 were served on the debtor(s), trustee, and U.S. Trustee; and this notice was served on the attached list of creditors as required by Federal Rule of Bankruptcy Procedure (FRBP) 2002(a)(6) or FRBP 2002(h).

_____
Signature of Party Giving Notice

_____
Signer's Relationship to Applicant

**1214.5 (12/1/2018)**

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0979-3<br>Case 19-34037-pcm12<br>District of Oregon<br>Portland<br>Mon Dec 14 14:44:19 PST 2020 | AG Direct<br>PO Box 2409<br>Omaha, NE 68103-2409 | JASON M AYRES<br>Foster Garvey P.C.<br>121 SW Morrison Street<br>Suite 1100<br>Portland, OR 97204-3141 |
| Aargon Agency Inc<br>Attn: Bankruptcy<br>8668 Spring Mountain Road<br>Las Vegas, NV 89117-4132 | All West Select Sires<br>PO Box 507<br>Burlington, WA 98233-0507 | Alta Genetics<br>PO Box 437<br>Watertown, WI 53094-0437 |
| Alta Genetics USA Inc.<br>1 - 263090 Range Rd 11<br>Rocky View County, AB<br>T4B 2T3 | American Jersey Cattle Association<br>6486 E. Main Street<br>Reynoldsburg, OH 43068-2362 | Androgenics<br>PO Box 183<br>Oakdale, CA 95361-0183 |
| Avrell Trucking<br>PO Box 417<br>Tillamook, OR 97141-0417 | (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | Bank of America, N.A.<br>P O Box 982284<br>El Paso, TX 79998-2284 |
| Beaver Water District<br>PO Box 306<br>Cloverdale, OR 97112-0306 | Boverman & Assoc.<br>c/o Dan Boverman<br>11285 SW Walker Road<br>Portland, OR 97225-4461 | Boverman & Associates, LLC<br>Daniel Boverman<br>11285 SW Walker Rd<br>Portland, OR 97225-4461 |
| Boyd's Implement Service, LLC<br>2850 Latimer Rd.<br>Tillamook, OR 97141-9014 | Burden's Muffler and Towing<br>10 Main Ave.<br>Tillamook, OR 97141-2316 | Virginia Andrews Burdette<br>Virginia Andrews Burdette, Trustee<br>P.O. Box 16600<br>Seattle, WA 98116-0600 |
| Butch Katen<br>11165 Trask River<br>Tillamook, OR 97141-9668 | CHS Inc.<br>5500 Cenex Drive<br>Inver Grove Heights, MN 55077-1721 | CHRISTOPHER N COYLE<br>319 SW Washington St #520<br>Portland, OR 97204-2690 |
| Calf Start LLC<br>Robert J. Schell<br>203 1st Ave. SE<br>Altura, MN 55910-8519 | Carrington Management<br>PO Box 5001<br>Westfield, IN 46074-5001 | Carrington Mortgage Services<br>Attn: Bankruptcy<br>PO Box 3730<br>Anaheim, CA 92803-3730 |
| Carrington Mortgage Services, LLC<br>1600 South Douglass Road<br>Anaheim, CA 92806-5951 | Carsen Oil<br>3125 NW 35th Ave.<br>Portland, OR 97210-1637 | Chase Auto Finance<br>Attn: Bankruptcy<br>Po Box 901076<br>Fort Worth, TX 76101-2076 |
| (p)JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | Citibank<br>Attn: Recovery/Centralized Bankruptcy<br>Po Box 790034<br>St Louis, MO 63179-0034 | Coastwide Ready Mix<br>PO Box 8<br>Tillamook, OR 97141-0008 |

| | | |
|---|---|---|
| Country Financial<br>1701 N Towanda Ave.<br>Bloomington, IL 61701-2057 | Craig Russillo<br>Schwabe Williamson Wyatt<br>1211 SW Fifth Ave., Suite 1900<br>Portland, OR 97204-3719 | Creative Genetics of CA Inc<br>PO Box 755<br>Oakdale, CA 95361-0755 |
| DARREN J DEVLIN<br>5677 Oberlin Drive<br>Ste 210<br>San Diego, CA 92121-1742 | DLL Finance LLC<br>Attn: Bankruptcy<br>Po Box 2000<br>Johnston, IA 50131-0020 | David & Kelli Shanks<br>PO Box 152<br>Bend, OR 97709-0152 |
| David N. Hodson, Jr.<br>18255 SW Tualatin Valley Hwy<br>Aloha, OR 97003-3951 | DeLaval Dairy Service, a division of DeLaval<br>c/o NCS<br>729 Miner Road<br>Highland Heights, OH 44143-2117 | Deere & Company d/b/a John Deere Financial<br>PO BOX 6600<br>Johnston, IA 50131-6600 |
| Delaval<br>3675 Brooklake Rd.<br>Salem, OR 97303-9750 | Diversified Financial Services, LLC<br>Leslie S. Johnson, Esq.<br>111 SW 5th Ave., Suite 3800<br>Portland, OR 97204-3642 | MARJORIE A ELKEN<br>Buckley Law P.C.<br>5300 Meadows Road<br>Suite 200<br>Lake Oswego, OR 97035-8225 |
| Elanco<br>28576 Network Place<br>Chicago, IL 60673-1285 | Eric L Silva<br>203 1St Ave SE<br>Altura, MN 55910-8519 | Ernst Irrigation<br>20179 Main St. NE<br>Saint Paul, OR 97137-9637 |
| Estate of Marian N. Bell<br>c/o Kevin Smith, Personal Representative<br>3318 Blanchet Ave. NE<br>Saint Paul, OR 97137-9609 | EMILY S.B. FULLERTON<br>Schwabe, Williamson & Wyatt P.C.<br>1211 SW Fifth Avenue<br>Suite 1900<br>Portland, OR 97204-3719 | Fairview Trucking Co.<br>7725 Trask River Rd<br>Tillamook, OR 97141-8849 |
| Fairview Trucking Company<br>Buckley Law PC<br>5300 Meadows Rd Ste 200<br>Lake Oswego, OR 97035-8225 | (p)FARM CREDIT SERVICES OF AMERICA<br>PO BOX 2409<br>OMAHA NE 68103-2409 | Fed Ex<br>PO Box 7221<br>Pasadena, CA 91109-7321 |
| Feeds LLC<br>PO Box 48<br>Rickreall, OR 97371-0048 | G3 Electric<br>25855 Chinook St.<br>Cloverdale, OR 97112-9547 | Genex Cooperative Inc.<br>PO Box 469<br>Shawano, WI 54166-0469 |
| NICHOLAS J HENDERSON<br>Motschenbacher & Blattner, LLP<br>117 SW Taylor Street<br>Ste 300<br>Portland, OR 97204-3029 | IRS<br>PO Box 7346<br>Philadelphia PA 19101-7346 | JLG Enterprises<br>PO Box 13575<br>Oakdale, CA 95361 |
| LESLIE S JOHNSON<br>Samuels Yoelin Kantor LLP<br>111 SW 5th Ave<br>Suite 3800<br>97204<br>Portland, OR 97204-3604 | JPMorgan Chase Bank, N.A.<br>National Bankruptcy Department<br>P.O. Box 29505 AZ1-5757<br>Phoenix, AZ 85038-9505 | JoAnn K. Beck<br>330 N. Third Street<br>Woodburn, OR 97071-4602 |

| | | |
|---|---|---|
| (p)DEERE CREDIT SERVICES INC<br>ATTN LITIGATION & RECOVERY DEPARTMENT<br>PO BOX 6600<br>JOHNSTON IA 50131-6600 | Ken Hale<br>8205 Tippin Road<br>Tillamook, OR 97141-9600 | Kevin Smith and Greg Brown<br>c/o Saalfeld Griggs PC<br>Attn: Erich M. Paetsch<br>250 Church Street SE, Suite 200<br>Salem, OR 97301-3921 |
| Key Bank NA<br>Attn: Bankruptcy<br>4910 Tiedeman Road<br>Brooklyn, OH 44144-2338 | Key Bank NA<br>Attn: Christopher M. Gorman, President<br>127 Public Square<br>Cleveland, OH 44114-1226 | KeyBank National Association<br>c/o Craig Russillo<br>1211 SW 5th Avenue 19th Floor<br>Portland, OR 97204-3735 |
| Keybank NA<br>Key Bank; Attention: Recovery Payment Pr<br>4910 Tiedeman Road (Routing Code: 08-01-<br>Brooklyn, OH 44144-2338 | Kubota Credit Corp<br>Attn: Bankruptcy<br>PO Box 2046<br>Grapevine, TX 76099-2046 | Kubota Credit Corporation<br>PO Box 9013<br>Addison, Texas 75001-9013 |
| LES SCHWAB TIRE CENTERS OF PORTLAND, INC.<br>PO BOX 5350<br>BEND, OR 97708-5350 | Lebanon Auction Yard, Inc.<br>37063 Kgal Drive<br>Lebanon, OR 97355-9631 | Lincoln Financial Group<br>One Granite Place<br>Concord, NH 03301-3271 |
| Marilyn Phegley<br>2211 Third Street, Suite B<br>Tillamook, OR 97141-2444 | Marjorie Elken<br>Buckley Law PC<br>5300 Meadows Road, Suite 200<br>Lake Oswego, OR 97035-8225 | Mathew W. Lauritsen<br>Kell, Alterman & Runstein, LLP<br>520 SW Yamhill St., Suite 600<br>Portland, OR 97204-1329 |
| Matt Hill<br>804 Mineral Ave.<br>Libby, MT 59923-1923 | Micro Technologies<br>PO Box 847268<br>Dallas, TX 75284-7268 | Mike Schneider Cattle Hauling<br>PO box 1263<br>Tillamook, OR 97141-1263 |
| Nathan Jensen<br>23220 Blaine Rd<br>Beaver, OR 97108-9728 | Nestucca Valley Sanitary Services<br>520 SW Yamhill St.<br>Suite 600<br>Portland, OR 97204-1329 | ODR Bkcy<br>955 Center St NE<br>Salem, OR 97301-2555 |
| Old American County Mutual Insurance<br>PO Box 793747<br>Dallas, TX 75379-3747 | Oregon Department of Revenue<br>ODR Bkcy<br>955 Center NE, #353<br>Salem, OR 97301-2555 | Oregon Department of Transportation<br>1905 Lana Avenue NE<br>Salem, OR 97314-5000 |
| Oregon Dept of Agriculture CAFO<br>635 Capitol St NE<br>Salem, OR 97301-2568 | Oregon Employment Department<br>875 Union St NE Room 107<br>Salem, OR 97311-0800 | Oregon Farm Bureau<br>1320 Capital St. NE, Suite 200<br>Salem, OR 97301-7869 |
| ERICH M PAETSCH<br>POB 470<br>Salem, OR 97308-0470 | PHI Financial<br>PO Box 1050<br>Johnston, IA 50131-9415 | PHI Financial<br>Wexford & James Affiliate of Altus Mgmt<br>2910 Westown Pkwy #102<br>West Des Moines IA 50266-1308 |

| | | |
|---|---|---|
| Paula Wolf<br>c/o Christopher N Coyle<br>Vanden Bos & Chapman LLP<br>319 SW Washington St #520<br>Portland, OR 97204-2620 | Purina Animal Nutrition<br>c/o Jonathan Miesen<br>4100 Lexington Ave. North<br>Arden Hills, MN 55126-4003 | CRAIG G RUSSILLO<br>1211 SW 5th Ave #1600-1900<br>Portland, OR 97204-3795 |
| Randy's Dairy Repair<br>8120 S Prairie Rd.<br>Tillamook, OR 97141-8536 | Revolution Genetics<br>PO Box 1375<br>Oakdale, CA 95361-1375 | Richard Veeman<br>dba Veterinary Services of Oregon<br>18050 NE Ribbon Ridge Rd.<br>Newberg, OR 97132-6535 |
| Rosecrans Dairy Consulting<br>PO Box 640<br>Yamhill, OR 97148-0640 | BRANDY SARGENT<br>K&L Gates LLP<br>1 SW Columbia St<br>Ste 1900<br>Portland, OR 97258 | TARA J SCHLEICHER<br>Foster Garvey P.C.<br>121 SW Morrison<br>11th Floor<br>Portland, OR 97204-3141 |
| TROY SEXTON<br>Motschenbacher & Blattner, LLP<br>117 SW Taylor St<br>Ste 300<br>Portland, OR 97204-3029 | GADI SHAHAK<br>Janeway Law Firm, LLC<br>1499 SE Tech Center Place<br>Ste 255<br>Vancouver, WA 98683-5550 | ST Genetics<br>125 Taurus LN<br>Mehoopany, PA 18629 |
| Shirkar Farms<br>PO box 463<br>Tillamook, OR 97141-0463 | Eric L Silva<br>26755 Blankenship Rd.<br>Beaver, OR 97108-9734 | TCCA Farm Store<br>4 Iva Ave.<br>Tillamook, OR 97141 |
| Tara Schleicher<br>Foster Garvey<br>121 SW Morrison St., 11th Floor<br>Portland, OR 97204-3141 | (p)TILLAMOOK COUNTY TAX COLLECTOR<br>201 LAUREL AVE<br>TILLAMOOK OR 97141-2381 | Tillamook County Creamery Assoc.<br>c/o Patrick Critseser, Reg. Agent<br>4185 Highway 101 N<br>Tillamook, OR 97141-7770 |
| Tillamook County Tax Assessor<br>201 Laurel Ave.<br>Tillamook, OR 97141-2381 | Tillamook Dairy Herd Improvement Associa<br>2306 10th St.<br>Tillamook, OR 97141-4017 | Tillamook People's Utility District<br>PO Box 433<br>Tillamook, OR 97141-0433 |
| Tillamook Soil & Water Conservation Dist 400<br>Blimb Blvd., Suite 200<br>Tillamook, OR 97141 | Tillamook Tire Service Inc.<br>PO Box 278<br>Tillamook, OR 97141-0278 | US Jersey<br>6486 E Main Street<br>Reynoldsburg, OH 43068-2493 |
| US Trustee, Portland<br>620 SW Main St #213<br>Portland, OR 97205-3026 | Verizon Wireless<br>PO Box 660108<br>Dallas, TX 75266-0108 | Veterinary Pharmaceuticals<br>13159 13th Road West<br>Hanford, CA 93230-9666 |
| Veterinary Services of Oregon<br>PO Box 301<br>Newberg, OR 97132-0301 | Viasat<br>6155 El Camino<br>Carlsbad, CA 92009-1602 | WW Feeds, LLC<br>P.O. Box 48<br>Rickreall, OR 97371-0048 |

| | | |
|---|---|---|
| (p)WELLS FARGO BANK NA<br>1 HOME CAMPUS<br>MAC X2303-01A<br>DES MOINES IA 50328-0001 | Wells Fargo Bank, N.A.<br>435 Ford Road, Suite 300<br>St. Louis Park, MN 55426-4938 | Wells Fargo Bank, N.A.<br>Small Business Lending Division<br>P.O. Box 29482<br>MAC S4101-08C<br>Phoenix, AZ 85038-9482 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Bank Of America<br>Attn: Bankruptcy<br>Po Box 982238<br>El Paso, TX 79998 | Chase Card Services<br>Attn: Bankruptcy<br>Po Box 15298<br>Wilmington, DE 19850 | Farm Credit Services of America, PCA<br>P.O. Box 2409<br>Omaha, NE 68103 |
| (d)Farm Credit/agdirect<br>Po Box 2409<br>Omaha, NE 68103 | (d)JP Morgan Chase<br>PO Box 901038<br>Fort Worth, TX 76101 | John Deere Financial, f.s.b.<br>d/b/a John Deere Financial<br>PO BOX 6600<br>Johnston, IA 50131 |
| Tillamook County Assessment & Taxation<br>201 Laurel Ave.<br>Tillamook, OR 97141 | Wells Fargo Bank<br>Attn: Bankruptcy Dept<br>Po Box 6429<br>Greenville, SC 29606 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)All Star Appliance<br>2111 Third St.<br>NJ 07141 | (u)Boverman & Associates, LLC | (u)Deutsche Bank/Carrington Mortgage |
| (u)Diversified Financial Services, LLC | (u)Estate of Marian Bell | (u)Fairview Trucking Company |
| (u)Isedro Alves | (u)KeyBank National Association | (d)Kubota Credit Corp<br>Attn: Bankruptcy<br>Po Box 2046<br>Grapevine, TX 76099-2046 |
| (u)Kubota Credit Corporation | (u)Nationwide Life Insurance<br>1209 Orange Street<br>TX 79801 | (d)ODR Bkcy<br>955 Center St NE<br>Salem OR 97301-2555 |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re _____ ) Case No. _____
                                                 )
                                                 ) APPLICATION FOR CHAPTER 12
                                                 ) (**Mark One**)    INITIAL
                                                 )                         SUPPLEMENTAL/ADDITIONAL
                                                 ) COMPENSATION OF ATTORNEY
Debtor(s)                            ) FOR DEBTOR

    The applicant, _____, by and through the undersigned, pursuant to 11 USC §331 and LBR 2016-1, applies for compensation as marked above for the period from _____ to _____, and certifies the following is true and correct:

    1. The following pre-filing compensation has been received in connection with this case (indicate date, amount, payer, payer's relation to case, and description for all monies and any other consideration received):

    2. Applicant requests allowance of compensation for: Legal Services of $_____; Expenses of $_____; for a Total of $_____.

    3. Applicant's prior requests for compensation in this case are as follows:

| Date of Application | Amount Requested | | Amount Allowed | | Amount Received | | Payment Source |
|---|---|---|---|---|---|---|---|
| | Fees | Expenses | Fees | Expenses | Fees | Expenses | |

TOTALS: $_____ $_____ $_____ $_____ $_____ $_____

1214 (10/15/08) **Page 1 of 2**

4. Applicant has not shared or agreed to share any compensation received or to be received for services rendered in connection with this case, except with a regular member, partner or associate of Applicant's firm.

    5. The rate of compensation, number of hours and requested fee for each person included in this application are summarized as follows:

| Timekeeper (name & initials) | Title | Hourly Rate | Number Of Hours | Requested Fee |
|---|---|---|---|---|
| | | | | |

    6. Attached and incorporated herein by reference are the following schedules (check those that apply):

   Schedule A - A narrative summary of services provided including total hours and resulting benefits to the estate of each activity category.  [Preferred, but only mandatory if application exceeds $3,000.]

   Schedule B - [If this is the Initial Application for Compensation] A brief narrative and itemization detailing all case related PRE-PETITION fees.  [Itemization mandatory; narrative mandatory if compensation requested in the application exceeds $3,000.]

   Schedule C - An itemized billing setting forth a description of each event, including the date, amount of time spent, and name of the person performing each event.  [**Mandatory**]

    7. Applicant's expense reimbursement requests do not exceed the sums specified in LBR 2016-1, except to the extent specifically explained below:

    8. On _____ copies of this Application, all attachments thereto, and the required Notice of Application [prepared on Local Form #1214.5] were served on the debtor(s), trustee, and U.S. Trustee; and a separate copy of only the Notice was served on all creditors if required by FRBP 2002(a)(6) (or if original time to file claims has expired, only on creditors who filed claims and entities that filed a request to receive all case notices).

   DATED: _____                    _____
                                         Signature
                                         _____
                                         Signer's Name and Phone #
                                         _____
                                         Address

1214 (10/15/08) **Page 2 of 2**

Schedule A
Summary of Activity Categories
Eric L. Silva
Case No. 19-34037-pcm12

1. General Bankruptcy Matters.                                Hours: 22.6
This activity category includes all services of a miscellaneous nature which do not fit specifically into a more defined activity category. It includes such activities as receiving calls from creditors in the case, telephone calls from various other attorneys or interested parties, review of the monthly reports, review of various pleadings, etc.

2. Reporting. Hours:                                          Hours: 12.1
This activity category includes the time spent preparing and responding to issues surrounding the Debtor's monthly reporting obligations.

3. Plan Confirmation and Postconfirmation Amendment of Plan.  Hours: 45.9
This activity category includes the time spent on negotiating with secured creditors and the preparation and execution of plan confirmation and postconfirmation amendments of the plan.

4. Employment and Fee Applications.                           Hours: 7.1
This activity category includes the time spent related to preparing and filing fee applications.

TOTAL HOURS: 87.7

| Timekeeper | Date | Rate | Hours | Charge | Description |
|---|---|---|---|---|---|
| NJH | 3/10/2020 | $425 | 1.8 | $765 | Telephone call from M. Comstock regarding change to interest rate for Farm Credit (0.2); re-calculate payment waterfall for plan, and draft OCP and continuation statement (1.0); email to V. Burdette regarding payment calculations and potential settlement with KeyBank (0.2); emails to/from client regarding CAFO permit (0.2); emails to/from M. Comstock regarding TCCA treatment in Plan (0.2). |
| NJH | 3/11/2020 | $425 | 1.2 | $510 | Review email and attachment from P. Ferreira regarding tax garnishment and bill from IRS (0.2); conference with T. Sexton regarding recovery of garnished funds (0.2); telephone call from R. Goss regarding potential settlement on plan and Boverman claim objection (0.5); email to client regarding same (0.3). |
| TGS | 3/12/2020 | $350 | 0.5 | $175 | Call with IRS regarding garnishment issues and claim. |
| TGS | 3/12/2020 | $350 | 1.6 | $175 | Prepare application for attorneys fees (reduced charge to 0.5 hours). |
| TGS | 3/12/2020 | $350 | 0.8 | $280 | Filed 8 proofs of claim for Tillamook County. |
| NJH | 3/12/2020 | $425 | 4.8 | $2,040 | Email to/from client regarding ODR demand letter (0.1); telephone call to client regarding same, and regarding proposed KeyBank settlement offer (0.5); email to R. Goss regarding same (0.2); telephone call from R. Goss regarding terms of settlement for confirmation order (0.4); continue drafting proposed confirmation order (1.3); email to R. Goss and V. Burdette regarding proposed form of order (0.2); email to B. Sargent regarding same (0.2); emails to/from V. Burdette regarding potential objection to KeyBank treatment (0.2); review case law regarding pay direct language (0.5); re-calculate plan amortization (0.3); telephone call to E. Silva regarding CAFO permit issues with land sale (0.2); email to A. Macias regarding CAFO permit (0.2); follow-up call from R. Goss regarding KeyBank plan treatment and potential changes to settlement (0.5). |
| TGS | 3/13/2020 | $350 | 1.6 | $560 | Work on farm budget report (0.6); work on weekly cash report (0.5); prepare application for attorneys fees(0.5). |
| MEP | 3/13/2020 | $150 | 0.3 | $45 | Revise fee entries for application for attorney's fees, per T. Sexton. |
| NJH | 3/13/2020 | $425 | 5.3 | $2,253 | Emails to M. Phegley and P. Ferreira regarding 2018 tax returns (0.2); emails to/from V. Burdette regarding commission and plan calculations (0.2); revise plan amortization schedule with updated commission information and KeyBank treatment (0.5); telephone call to R. Goss regarding same (0.5); revise proposed confirmation order (0.9); telephone call to C. Coyle regarding update (.02); telephone call to M. Comstock regarding same (0.2); emails to/from T. Schleicher, R. Goss, C. Russillo, V. Burdette, B. Sargent regarding same (0.5); telephone call to B. Sargent regarding revise language for OCP, left message (0.1); lengthy email to B. Sargent regarding revised OCP and plan analysis (0.4); emails from T. Schleicher and R. Goss regarding comments to OCP (0.3); follow-up telephone call from R. Goss regarding OCP and plan treatment, settlement with Boverman (0.4); further revisions to OCP and continuation statement (0.5); email to R. Goss and T. Schleicher regarding same (0.3); telephone call to V. Burdette regarding update (0.1). |
| MEP | 3/16/2020 | $150 | 0.3 | $45 | Draft and file amended application for compensation; serve on required parties. |
| NJH | 3/16/2020 | $425 | 4.9 | $2,083 | Emails to/from B. Fetherston regarding proposed OCP and hearing (0.2); telephone call from B. Fetherston regarding same (0.2); telephone call from V. White at AJCA regarding claim and hearing (0.2); emails from/to V. Burdette regarding letter from ODA regarding CAFO (0.2); email and telephone call from B. Sargent regarding change to OCP for ASL Claims (0.3); telephone call to client regarding CAFO and proposed change to OCP (0.4); email to V. Burdette regarding CAFO issue (0.2); revise OCP regarding same (0.3); email to E. Paetsch regarding revised OCP (0.2); telephone call from R. Goss regarding update (0.2); follow-up telephone call to client regarding hearing preparation and exhibit (1.0); email to S. Smith regarding exhibit (0.1); attend confirmation hearing (0.7); email to C. Coyle regarding payment issues (0.2); revise OCP regarding comments at hearing (0.3); email to all parties regarding final OCP for comment (0.2). |
| NJH | 3/17/2020 | $425 | 0.5 | $213 | Telephone call from C. Coyle regarding questions about OCP and KeyBank amended note; email to R. Goss regarding same; email from E. Paetsch regarding confirmation order; email to E. Paetsch regarding same; email from T. Schleicher regarding OCP question; email to T. Schleicher regarding same. |
| NJH | 3/18/2020 | $425 | 0.2 | $85 | Email from V. Burdette regarding insurance policy; email to client regarding same. |
| MEP | 3/19/2020 | $150 | 0.1 | $15 | Review record of hearing; docket deadlines. |
| NJH | 3/23/2020 | $425 | 0.4 | $170 | Compile documents and email to M. Kittell and D. Ray regarding title objections; email to M. Kittell and D. Ray regarding confirmation order. |

| Initials | Date | Rate | Hours | Amount | Description |
|---|---|---|---|---|---|
| NJH | 3/24/2020 | $425 | 0.9 | $383 | Review title objection email from M. Kittell (0.1); review title report (0.2); email to M. Kittell and d. Ray regarding clearing objections (0.2); emails to/from V. Burdette regarding confirmation order (0.2); emails from/to R. Goss regarding confirmation order, promissory note and lien releases for Blaine Property sale (0.2). |
| TGS | 3/24/2020 | $350 | 0.5 | $175 | Telephone conference with N. Henderson regarding fee application and trustee questions; emails with trustee regarding same. |
| MEP | 3/30/2020 | $150 | 0.2 | $30 | Serve order confirming plan and resolving motions on required parties; draft and file certificate of service regarding the same. |
| NJH | 3/31/2020 | $425 | 1.1 | $468 | Email from V. Burdette regarding ODR proof of claim (0.1); review claim and draft tax return from CPA (0.2); email to V. Burdette regarding same (0.1); review email from B. Fetherston regarding milk check assignments and OCP (0.1); review Order and email to B. Fetherston regarding same (0.2); email to client and P. Ferreira regarding same (0.2); email to M. Kittell regarding update on property sale (0.2). |
| NJH | 4/2/2020 | $425 | 1 | $425 | Emails from/to client regarding April plan payments, milk check assignments, possible modification of plan, and sale of Blaine Rd. property (0.3); email to D. DuBois regarding Tillamook milk check (0.2); telephone call to C. Coyle regarding April payment and sale of Blaine property (0.3); emails to R. Goss regarding KeyBank lien releases (0.2). |
| TGS | 4/8/2020 | $350 | 1.9 | $665 | Telephone conference with IRS regarding garnishment and claim issues (0.4); review ODR proof of claim (0.3); telephone conference with N. Henderson regarding fee application (0.3); work on fee itemization and order approving fees (0.9). |
| NJH | 4/9/2020 | $425 | 0.2 | $85 | Review itemization and proposed order on fees; conference with staff regarding revisions and filing. |
| TGS | 4/10/2020 | $350 | 1.6 | $560 | Prepare monthly report. |
| MEP | 4/10/2020 | $150 | 0.3 | $45 | Prepare March monthly operating report. |
| NJH | 4/13/2020 | $425 | 1.2 | $510 | Numerous emails to/from client and counsel for secured creditors regarding amended plan. Telephone calls to/from client regarding same. (No charge)." Make it a printable/non-billable line item. |
| TGS | 4/13/2020 | $350 | 0.3 | $105 | Emails with opposing counsel regarding operating report; review plan provisions regarding cattle sales. |
| NJH | 4/14/2020 | $425 | 0.8 | $340 | Telephone call to C. Coyle regarding proposed plan modification and potential treatment of 'indemnity' claim (0.2); emails from/to D. Dubois regarding milk check payments (0.2); telephone call from client regarding update on sale of land, dropping milk prices and need for plan modification (0.4). |
| NJH | 4/16/2020 | $425 | 1.9 | $808 | Telephone call from R. Textor regarding schedules questions, garnishment and outstanding tax returns (0.5); telephone call to client regarding same, and regarding sale of Blaine property (0.5); emails to/from R. Goss regarding proposed modified plan (0.2); emails to/from M. Kittell and D. Ray regarding escrow issues and sale (0.2); draft lien release and email to C. Coyle regarding P. Wolf judgment lien (0.5). |
| NJH | 4/20/2020 | $425 | 0.5 | $213 | Telephone call to C. Coyle regarding replacement security interest for release of lien in property; email to client regarding updated farm budget and details about use of proceeds from sale. |
| TGS | 4/21/2020 | $350 | 0.3 | $105 | Telephone conference with Oregon Employment Department regarding garnishment. |
| NJH | 4/23/2020 | $425 | 1.2 | $510 | Email from B. Sargent regarding cattle sales (0.2); telephone call to B. Sargent regarding same (0.2); lengthy conference call with client and P. Ferraira regarding budget, amended plan (0.9); emails to/from D. Ray and R. Goss regarding settlement statement and sale (0.3); continue drafting security agreement (0.3); draft email to B. Sargent regarding cattle sales accounting (0.2). |
| TGS | 4/23/2020 | $350 | 0.3 | $105 | Telephone conference with Oregon Employment Department regarding claim. |
| NJH | 4/24/2020 | $425 | 1.7 | $723 | Complete review of Key Bank amended note (0.5); emails to/from to T. O'Neill at Tillamook regarding electronic notary (0.2); telephone call to C. Coyle regarding security agreement and subordination agreement (0.2); finalize drafting of same (0.5); email to C. Coyle regarding same (0.1); email to client regarding update and Security Agreement (0.2); emails to/from M. Kittell and D. Ray regarding escrow and sale closing(0.2). |
| NJH | 4/27/2020 | $425 | 1.9 | $808 | Finalize accounting for pre-confirmation cattle sales and email to B. Sargent regarding same (0.5); emails from/to C. Coyle regarding Security Agreement (0.2); email to client regarding same (0.2); emails to/from N. Jensen and client regarding past due rent (0.2); telephone call from B. Sargent regarding feed purchase issue (0.2); telephone call to client regarding same (0.3); email to C. Coyle regarding signed Security Agreement (0.1); emails from M. Kittell, D. Ray and V. Johnson regarding escrow and closing issues (0.2). |

| Initials | Date | Rate | Hours | Amount | Description |
|---|---|---|---|---|---|
| NJH | 4/28/2020 | $425 | 1 | $425 | Emails from/to R. Goss regarding subordination agreement and sale of Blaine Rd. (0.2); emails from/to C. Coyle regarding same (0.2); emails from/to D. Ray and M. Kittell regarding closing (0.2); telephone call to client regarding feed situation and amended plan (0.4). |
| NJH | 4/30/2020 | $425 | 2.7 | $1,148 | Emails from/to D. Ray regarding Wolf lien release (0.2); email to C. Coyle regarding same (0.1); emails to/from R. Goss regarding KeyBank lien release and cash collateral use (0.2); continue drafting amended Plan (1.5); email to client regarding same (0.2); telephone call to client regarding tax returns, amended plan and feed (0.5). |
| NJH | 4/30/2020 | $425 | 0.2 | $85 | Emails to/from T. Schleicher regarding modified plan. |
| NJH | 5/1/2020 | $425 | 1.4 | $595 | Emails from/to D. Dubois regarding milk check assignment and trustee payments (0.2); emails to/from M. Kittell regarding closing and potential leaseback issue (0.2); draft lease form (0.6); email to client regarding same (0.2); emails to D. Ray and C. Coyle regarding lien releases (0.2). |
| NJH | 5/4/2020 | $425 | 0.5 | $213 | Telephone call from C. Coyle regarding lien release; emails to.from D. Ray regarding same; email to client regarding revised Security Agreement. |
| NJH | 5/5/2020 | $425 | 1 | $425 | Emails from D. Ray regarding closing (0.2); emails and telephone call to V. Johnson (title officer) regarding same (0.3); telephone call to C. Coyle regarding closing issues and quit claim deed (0.2); email to V. Johnson regarding same (0.1); review draft letter from C. Coyle regarding same (0.1); email to C. Coyle regarding same (0.1). |
| MEP | 5/8/2020 | $150 | 0.2 | $30 | Draft withdrawal of claim objection regarding Boverman & Associates. |
| NJH | 5/11/2020 | $425 | 1.3 | $553 | Review client bank information (0.2); telephone call to client regarding amended plan and budget (0.6); draft email to client regarding same, and regarding payroll taxes, tax returns (0.5). |
| TGS | 5/12/2020 | $350 | 0.6 | $210 | Work on amendments to tax claims. |
| NJH | 5/12/2020 | $425 | 0.4 | $170 | Draft email to client regarding plan payments, updated budget, tax returns, and payroll tax issues. |
| TGS | 5/13/2020 | $350 | 1.3 | $455 | Further work on tax claim amendments. |
| TGS | 5/19/2020 | $350 | 1.2 | $420 | Prepare monthly report. |
| MEP | 5/19/2020 | $150 | 0.2 | $30 | Draft April monthly operating report. |
| TGS | 5/20/2020 | $350 | 0.2 | $70 | Telephone conference with N. Henderson regarding claim objection. |
| NJH | 5/27/2020 | $425 | 0.3 | $128 | Telephone call from P. Ferreira regarding taxes and worker's comp issues; email to client regarding same. |
| NJH | 6/1/2020 | $425 | 0.2 | $85 | Review email from client regarding Worker's Compensation notice. |
| NJH | 6/2/2020 | $425 | 0.2 | $85 | Email from R. Textor regarding tax returns; email to client regarding same. |
| NJH | 6/10/2020 | $425 | 1.1 | $468 | Conference with T. Sexton regarding reporting (0.2); emails from/to R. Goss regarding revised note, land sale proceeds, and insurance (0.2); email to K. Bauer at Country Insurance regarding proof of coverage (0.2); telephone call to R. Textor regarding tax returns and payroll issues (0.2); email to R. Textor regarding same (0.1); email to client regarding payments to Trustee, and regarding insurance coverage (0.1); email from D. Dubois regarding milk check assignment (0.1). |
| TGS | 6/10/2020 | $350 | 1.5 | $525 | Prepare monthly operating report (1.2); telephone conference with N. Henderson regarding issues with same (0.3). |
| NJH | 6/12/2020 | $425 | 0.9 | $383 | Emails to/from E. Silva regarding tax returns and employee issues (0.2); telephone call from K. Bauer regarding proof of insurance (0.2); telephone call from R. Goss regarding amended plan and changes to note (0.5). |
| TGS | 6/15/2020 | $350 | 0.7 | $245 | Finalize monthly operating report (0.4); telephone conference with E. Silva regarding same (0.3). |
| NJH | 6/16/2020 | $425 | 0.2 | $85 | Email from V. Burdette regarding update; email to E. Silva regarding same, and regarding payroll tax questions from IRS. |
| NJH | 6/29/2020 | $425 | 0.5 | $213 | Telephone call from M. Whaley regarding plan status and reduced payments; email to R. Goss regarding insurance; draft email to client regarding plan and payment amounts. |
| NJH | 7/3/2020 | $425 | 0.4 | $170 | Telephone call to client regarding tax issues, amended plan. |
| NJH | 7/8/2020 | $425 | 0.4 | $170 | Telephone call from C. Coyle regarding default issues; email to client regarding same. |
| TGS | 7/9/2020 | $350 | 0.4 | $140 | Emails with Farm Credit regarding claim payments and amended plan claim treatment; analyze same. |
| TGS | 7/10/2020 | $350 | 0.9 | $315 | Prepare monthly operating report. |
| NJH | 7/13/2020 | $425 | 0.8 | $340 | Review files from P. Ferreira regarding taxes (0.3); review Code provisions regarding tax claims (0.3); email to R. Textor regarding returns (0.2). |
| NJH | 8/4/2020 | $425 | 0.6 | $255 | Emails from/to R. Goss regarding plan, insurance information, reporting information and payments (0.4); email from E. Paestch regarding update, and telephone call to E. Paetsch regarding same (0.2). |
| TGS | 8/10/2020 | $350 | 1.1 | $385 | Prepare monthly operating report and associated accounting. |
| MEP | 8/10/2020 | $150 | 0.1 | $15 | Finalize monthly operating report; email to trustee regarding the same. |

| Initials | Date | Rate | Hours | Amount | Description |
|---|---|---|---|---|---|
| NJH | 8/12/2020 | $425 | 1.8 | $765 | Review claims and continue drafting amended plan (1.4); emails from/to R. Goss regarding same (0.2); email to V. Burdette regarding payment ledger (0.2). |
| NJH | 8/14/2020 | $425 | 0.5 | $213 | Emails from/to R. Goss regarding Chapter 12 trustee accounting; complete account authorization application and email to V. Burdette regarding same. |
| NJH | 8/27/2020 | $425 | 0.5 | $213 | Telephone call to R. Goss regarding amended promissory note; continue revisions to Amended Plan. |
| TGS | 8/31/2020 | $350 | 1.5 | $525 | Emails with state regarding worked compensation fine claims (0.4); analyze penalty reduction options and necessary information (0.8); emails with accountant regarding same (0.3). |
| TGS | 9/1/2020 | $350 | 0.9 | $315 | Emails with accountant regarding workers comp claims (.02); analyze OAR's regarding reduction issues (0.2); analyze case law regarding good cause issues (0.5). |
| NJH | 9/3/2020 | $425 | 1.5 | $638 | Continue preparation of Amended Chapter 12 Plan (1.1); telephone call to C. Coyle regarding same (0.4) |
| TGS | 9/4/2020 | $350 | 0.9 | $315 | Analyze penalty reduction regulations (0.6); draft email to state arguing same (0.3). |
| NJH | 9/9/2020 | $425 | 0.4 | $170 | Telephone call to client regarding payroll tax returns, potential business expansion, amended plan. |
| TGS | 9/9/2020 | $350 | 1.8 | $630 | Prepare monthly operating report. |
| MEP | 9/9/2020 | $150 | 0.1 | $15 | Provide notice to parties of amended plan. |
| NJH | 9/10/2020 | $425 | 0.2 | $85 | Email to R. Textor regarding tax returns. |
| NJH | 9/14/2020 | $425 | 1.4 | $595 | Review email from R. Goss regarding payments and amended plan (0.2); emails to/from client regarding potential loan and barn expansion (0.2); telephone call from P. Ferreira regarding payroll tax issues and EFTPS (0.2); review letter and tax documents from client (0.2); email to R. Textor regarding same (0.2); draft letter to R. Textor with payroll tax returns (0.2); draft email response to R. Goss regarding plan, potential loan and barn expansion (0.2). |
| NJH | 9/15/2020 | $425 | 0.4 | $170 | Emails from/to R. Goss regarding plan and loan request; email to P. Ferreira regarding payroll documentation for Workers Compensation dispute; review Trustee accounting information; email to R. Goss regarding same. |
| NJH | 9/21/2020 | $425 | 1.4 | $595 | Review email and attachment from R. Goss regarding revised promissory note (0.3); revise Amended Chapter 12 Plan (0.4); email to client regarding Amended Plan and Revised Note (0.2); email to R. Goss regarding same (0.1); email to T. Schleicher regarding Amended Plan (0.2); coordinate with staff regarding filing and service (0.2). |
| NJH | 9/23/2020 | $425 | 0.2 | $85 | Telephone call from B. Sargent regarding amended plan. |
| TGS | 9/28/2020 | $350 | 0.4 | $140 | Analyze payroll info from accountant and compare with previously prepared and sent information; emails with state regarding same. |
| NJH | 9/29/2020 | $425 | 0.2 | $85 | Review email from accountant regarding employee summary; email to T. Sexton regarding worker's compensation issues. |
| TGS | 10/1/2020 | $350 | 0.4 | $140 | Emails with bookkeeper and state regarding workers compensation fine payment issues. |
| NJH | 10/2/2020 | $425 | 0.4 | $170 | Telephone call from C. Coyle regarding plan issues; email from C. Coyle regarding same. |
| MEP | 10/12/2020 | $150 | 0.1 | $15 | Finalize September monthly report; email trustee regarding the same. |
| TGS | 10/12/2020 | $350 | 0.9 | $315 | Prepare monthly operating report. |
| NJH | 10/13/2020 | $425 | 1.9 | $808 | Emails from/to E. Paetsch regarding changes to plan (0.1); email to M. Whaley regarding same; draft additional edits to Amended PLan (1.0); email to client regarding same (0.2); email to J. Ayres regarding same (0.2); email to C. Coyle regarding same (0.2); email to V. Burdette regarding same (0.2). |
| MEP | 10/13/2020 | $150 | 0.2 | $30 | Draft Withdrawal of Document; execute service of amended plan. |
| MEP | 10/23/2020 | $150 | 0.4 | $60 | Continue drafting supplemental application for compensation; begin draft of Schedule A to include with application. |
| MEP | 10/26/2020 | $150 | 0.9 | $135 | Review fee entries (0.4); draft revisions to supplemental application for compensation and Schedule A (0.5). |
| MEP | 11/3/2020 | $150 | 0.3 | $45 | Revise supplemental fee application to reflect fees incurred through the end of October; update exhibits to reflect the same. |
| MEP | 11/5/2020 | $150 | 0.3 | $45 | Revise fee entries; inquire with N. Henderson regarding the same. |
| TGS | 11/6/2020 | $350 | 0.8 | $280 | Work on monthly operating report. |
| TGS | 11/9/2020 | $350 | 0.9 | $315 | Finalize monthly operating report. |
| MEP | 11/10/2020 | $150 | 0.1 | $15 | Email and phone calls to DCBS regarding demand for payment. |
| MEP | 11/18/2020 | $150 | 0.1 | $15 | Email to client regarding payment of DCBS penalty. |
| NJH | 11/30/2020 | $425 | 0.3 | $128 | Telephone call from P. Ferreira regarding payroll and property tax questions. |
| NJH | 12/2/2020 | $425 | 0.2 | $85 | Telephone call from M. Whaley regarding plan payments and disbursements to Diversified; email to M. Whaley regarding trustee disbursement report. |
| MEP | 12/3/2020 | $150 | 0.8 | $120 | Revise supplemental fee application per N. Henderson; compile exhibits and finalize for review. |

| | | | | | |
|---|---|---|---|---|---|
| MEP | 12/7/2020 | $150 | 0.2 | $30 | Finalize fee entry exhibit to supplemental fee application. |
| TGS | 12/9/2020 | $350 | 1.1 | $385 | Work on monthly operating report. |
| TGS | 12/10/2020 | $350 | 1.8 | $630 | Finalize monthly operating report. |
| NJH | 12/12/2020 | $425 | 0.5 | $213 | Review and revise motion to compel and related declaration of N. Henderson. |
| **TOTALS:** | | | **87.7** | **$34,485** | |

|  | Trans Date | Tmkr | Amount |  |
|---|---|---|---|---|
| **Client ID 4535.002 Silva/Eric** | | | | |
| | 03/16/2020 | 11 | 336.80 | BK Attorney Services; mailing services |
| | 03/20/2020 | 11 | 31.00 | United States Bankruptcy Court; advanced filing fee |
| | 03/31/2020 | 11 | 9.90 | Photocopies |
| | 03/31/2020 | 11 | 17.64 | Color photocopies |
| | 03/31/2020 | 11 | 38.37 | Westlaw; legal research |
| | 03/31/2020 | 11 | 24.10 | PACER; court access |
| | 04/01/2020 | 11 | 176.65 | BK Attorney Services; mailing services |
| | 04/13/2020 | 11 | 211.55 | BK Attorney Services; bankruptcy mailing services |
| | 04/30/2020 | 11 | 12.50 | PACER; court access |
| | 05/31/2020 | 11 | 0.90 | PACER; court access |
| | 08/31/2020 | 11 | 4.60 | PACER; court access |
| | 09/21/2020 | 11 | 394.90 | BK Attorney Services; bankruptcy mailing services |
| | 09/30/2020 | 14 | 11.70 | Postage |
| | 10/14/2020 | 11 | 394.90 | BK Attorney Services; mailing services |

| **Total for Client ID 4535.002** | | Billable | 1,665.51 | Silva/Eric |
| | | | | Chapter 12 Bankruptcy (Post-Petition) |

| | | | **GRAND TOTALS** | |
| | | Billable | 1,665.51 | |

In re: Eric Silva
Case No. 19-34037-pcm12
Schedule C: Page 6 of 6        Case 19-34037-pcm12    Doc 191    Filed 12/14/20